**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **The Prospect-Woodward Home** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Hillside Village Keene** <br> **FKA  Prospect Hill Home** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **02-0222146** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **95 Wyman Road** <br> **Keene, NH 03431** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cheshire** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  https://www.hillsidevillagekeene.org/

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **The Prospect-Woodward Home** _____    Case number (*if known*) _____
                Name

---

**7.** **Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply*

- [x] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**6233**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check **all** that apply*:

  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] A plan is being filed with this petition.

  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- [x] No
- [ ] Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | Debtor _____ | | | Relationship _____ | |
| | District _____ | When _____ | | Case number, if known _____ | |

---

Debtor  **The Prospect-Woodward Home**                    Case number (*if known*) _____
Name

---

**11. Why is the case filed in**     *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**     ☑ **No**
**have possession of any**
**real property or personal**     ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

          Contact name  _____

          Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of**     .     *Check one:*
**available funds**

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **The Prospect-Woodward Home**                                         Case number (*if known*) _____
         <sub>Name</sub>

▮ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   **08/30/2021**
              MM / DD / YYYY

X _____        **Toby Shea**
Signature of authorized representative of debtor    Printed name

Title   **Chief Restructuring Officer**

18. Signature of attorney   X _____        Date   **August 30, 2021**
                            Signature of attorney for                               MM / DD / YYYY

debtor **Owen R Graham**
Printed name

**Hinckley, Allen & Snyder LLP**
Firm name

**650 Elm Street**
**Manchester, New Hampshire 03101**
Number, Street, City, State & ZIP Code

Contact phone   **603-225-4334**        Email address   ographam@hinckleyallen.com

**266701 - NH**

Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

**CERTIFICATE OF CORPORATE RESOLUTIONS**

I, Rand S. Burnett, hereby certify that:

1.      I am the duly elected Secretary of The Prospect-Woodward Home, a New Hampshire voluntary corporation.

2.      The following is a true copy of resolutions passed by a vote taken at a meeting of the Board of Trustees, duly held on February 24, 2021, at which a quorum of the Trustees were present and voting[1]:

**RESOLUTIONS OF THE BOARD OF TRUSTEES OF
THE PROSPECT-WOODWARD HOME**
February 24, 2021

**A.      Chapter 11 Filing**

**WHEREAS**, the Board has considered presentations by management and the financial and legal advisors of The Prospect-Woodward Home (the "Corporation") regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it and the effect of the foregoing on the Corporation's business; and

**WHEREAS**, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation.

**NOW, THEREFORE, IT IS**

**RESOLVED,** that in the judgment of the Board it is desirable and in the best interests of the Corporation to appoint Toby Shea to serve as chief restructuring officer (the "Chief Restructuring Officer") of the Corporation; and it is further

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, that the Corporation shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief for the Corporation (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and it is further

**RESOLVED**, that the Chief Restructuring Officer (also referred to herein as the "Authorized Officer") is authorized, empowered and directed to execute and file on behalf of the Corporation all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business; and it is further

---

[1]  Kimball Temple and Jeanie Sy, both Trustees are residents of Hillside Village, abstained from these Resolutions. Rob Harris was not in attendance at the meeting.

76558827.3

**RESOLVED**, that the Authorized Officer is authorized, empowered and directed to certify the authenticity of these resolutions.

**B.** **Retention of Professionals**

**IT IS FURTHER RESOLVED**, that the Authorized Officer is authorized and directed to employ the law firm of POLSINELLI PC as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of POLSINELLI PC; and

**RESOLVED**, that the Authorized Officer is authorized and directed to employ the law firm of HINCKLEY, ALLEN & SNYDER LLP as corporate and regulatory counsel to represent and assist the Corporation in carrying out its duties under New Hampshire and federal law, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of HINCKLEY, ALLEN & SNYDER LLP; and

**RESOLVED**, that the Authorized Officer is authorized and directed to employ the firm of ONEPOINT PARTNERS to represent and assist the Authorized Officer and the Corporation in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officer is, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of ONEPOINT PARTNERS; and it is further

**RESOLVED**, that the Authorized Officer is authorized and directed to employ the firm of SILVERBLOOM CONSULTING, LLC to represent and assist the Authorized Officer and the Corporation in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officer is, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of SILVERBLOOM CONSULTING; and it is further

**RESOLVED**, that the Authorized Officer is authorized and directed to employ the firm of GRANDBRIDGE REAL ESTATE CAPITAL LLC as investment banker to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of GRANDBRIDGE REAL ESTATE CAPITAL LLC; and it is further

**RESOLVED**, that the Authorized Officer is authorized and directed to employ the firm of ACCOMMUNICATION PARTNERS as public relations consultant to represent and assist the Company in

carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of ACCOMMUNICATION PARTNERS; and it is further

**RESOLVED**, that the Authorized Officer is authorized and directed to employ the firm of Donlin, Recano & Company, Inc. as notice, claims, and balloting agent and as administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Donlin, Recano & Company, Inc.; and it is further

**RESOLVED**, that the Authorized Officer is authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that the Authorized Officer is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

### C.    General

**IT IS FURTHER RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer (and his designees and delegates) is authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board; and it is further

**RESOLVED,** that the Authorized Officer (and his designees and delegates) is authorized and empowered to take all actions or to not take any action in the name of the Corporation with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Officer shall deem necessary

or desirable in such Authorized Officer's reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

Dated: February 24, 2021

Name:  Rand S. Burnett
Title:  Secretary

4

## CERTIFICATE OF CORPORATE RESOLUTIONS

I, Rand S. Burnett, hereby certify that:

1.     I am the duly elected Secretary of The Prospect-Woodward Home, a New Hampshire voluntary corporation.

2.     The following is a true copy of resolutions passed by a vote taken at a special meeting of the Board of Trustees, duly held on August 17, 2021, at which a quorum of the Trustees was present and voting:

"**WHEREAS,** as a result of the discovery of significant construction defects upon the opening of its new facility coupled with the governmental emergency orders resulting from the COVID-19 global pandemic, The Prospect-Woodward Home (the "Corporation") has been unable to achieve its marketing goals and generate sufficient revenue from the sale of life care contracts to fulfill its obligations under its long-term tax-exempt bond indebtedness issued through the New Hampshire Health and Education Facilities Authority (the "Bonds"); and

"**WHEREAS,** the Corporation's Board of Trustees has engaged the services of consultants and professionals familiar with challenges faced by financially-distressed nonprofit senior living communities, and upon the advice and guidance of such experts has concluded that Hillside Village requires additional capital to maintain its long-term viability; and

"**WHEREAS,** the Corporation's Board of Trustees, following numerous meetings with Hillside Village residents and their Resident Council and legal counsel, regulatory authorities, Bondholder representatives and the Board's professional advisors, determined that it was in the best interests of Hillside Village's constituents and its charitable mission to solicit a purchaser of the Hillside Village facility; and

"**WHEREAS,** the Corporation engaged Grandbridge Real Estate Capital to conduct a sealed bidding process which resulted in the Corporation entering into a nonbinding letter of intent with the highest and best bidder, Covenant Living Services ("Covenant"); and

"**WHEREAS,** through legal counsel, the Corporation has negotiated with Covenant an Asset Purchase Agreement (the "Asset Purchase Agreement") which contemplates that the Corporation will file for protection under Chapter 11 of the federal bankruptcy code, and that Covenant will be the stalking horse bidder in a Section 363 sale process in bankruptcy court; and

"**WHEREAS,** with the guidance of its professional advisors, the Corporation has determined that the execution of the Asset Purchase Agreement with Covenant will be in the best interests of Hillside

1

"*WHEREAS,* with the guidance of its professional advisors, the Corporation has determined that the execution of the Asset Purchase Agreement with Covenant will be in the best interests of Hillside Village, and is the best available method by which the Corporation's charitable mission can be furthered and the senior living and health care needs of its constituents met;

"*WHEREAS,* the Corporation's Board of Trustees desires to approve the Asset Purchase Agreement and commence the necessary bankruptcy filings upon the satisfactory conclusion of the due diligence period;

"*THEREFORE,* the Board of Trustees of the Corporation adopts the following resolutions:

"**VOTED:**          That the transfer of charitable assets and operating control of Hillside Village in accordance with the terms of the Asset Purchase Agreement is in the best interest of the Corporation and in furtherance of its charitable mission, including without limitation the promotion of access to quality physical and mental health care and senior living services.

"**FURTHER
VOTED:**   That the Asset Purchase Agreement in the form presented to the Board of Trustees is approved and accepted.

"**FURTHER
VOTED**:   That the resolutions of the Board of Trustees on February 24, 2021, and the authority of the Corporation's Chief Restructuring Officer to sign and file all bankruptcy petitions, motions and other documents as contemplated by the Asset Purchase Agreement, are confirmed and remain in full force and effect.

"**FURTHER
VOTED:**   That each of the Chair of the Board of Trustees and the Chief Restructuring Officer of the Corporation, acting individually on behalf of the Corporation, is authorized to execute and deliver the Asset Purchase Agreement, regulatory filings, and such other documentation, and take such actions, as are necessary or desirable, in his or her sole discretion, to consummate the transaction contemplated by the Asset Purchase Agreement and to effect the foregoing resolutions."

Dated: August 24, 2021

_____
Name:  Rand S. Burnett
Title:  Secretary

76558827.3

2

**Fill in this information to identify the case:**

**Debtor name:** The Prospect-Woodward Home

**United States Bankruptcy Court for the:** District of New Hampshire

**Case number (if known):** 21-_____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | TSOMIDES ASSOCIATES LLC ECHO BRIDGE OFFICE PK 389 ELLIOT ST NEWTON UPPER FALLS MA 02464 | Constantine L. Tsomides CTSOMIDES@TSOMIDES.COM Tel: 617-969-4774 | Trade Payable | ☐ C ☐ U ☐ D | | | $586,378.23 |
| 2 | Resident - F1051 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $577,800.00 |
| 3 | Resident - F1059 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $549,900.00 |
| 4 | Resident - F1080 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $544,500.00 |
| 5 | Resident - F1022 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $539,100.00 |
| 6 | Resident - F1005 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $539,100.00 |

Debtor    **The Prospect-Woodward Home**                                    Case number *(if known)* 21-_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   Resident - F1057 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $455,400.00 |
| 8   Resident - F1083 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $448,200.00 |
| 9   Resident - F1021 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $436,500.00 |
| 10  Resident - F1049 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $429,300.00 |
| 11  Resident - F1061 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $423,000.00 |
| 12  Resident - F1002 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $423,000.00 |
| 13  Resident - F1001 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $418,500.00 |
| 14  Resident - F1090 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $409,500.00 |
| 15  Resident - F1066 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $409,500.00 |
| 16  Resident - F1018 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $409,500.00 |
| 17  Resident - F1050 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $403,200.00 |

Debtor   **The Prospect-Woodward Home**                              Case number *(if known)* **21-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 18 | Resident - F1045 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $403,200.00 |
| 19 | Resident - F1027 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $403,200.00 |
| 20 | Resident - F1013 Address Intentionally Omitted | | Resident Refund | ☑ C ☐ U ☐ D | | | $403,200.00 |

Fill in this information to identify the case:

Debtor name   **The Prospect-Woodward Home**

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/30/2021**          x _____
                                          Signature of individual signing on behalf of debtor

                                       **Toby Shea**
                                       Printed name

                                       **Chief Restructuring Officer**
                                       Position or relationship to debtor

Official Form 202                     Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Prospect-Woodward Home, | ) | Case No. 21-_____ (____) |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor ("Hillside Village" or the "Debtor") certifies that the Debtor is a New Hampshire not-for-profit corporation and has no equity security holders.

The undersigned, the Chief Restructuring Officer of the Debtor, hereby declares under penalty of perjury that the information contained herein is true and correct to the best of his knowledge, information, and belief.

Dated: August 30, 2021

_____
Toby Shea
Chief Restructuring Officer
The Prospect-Woodward Home

---

[1] The last four digits of the Debtor's federal taxpayer identification are 2146. The address of the Debtor's headquarters is 95 Wyman Road, Keene, New Hampshire 03431

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Prospect-Woodward Home, | ) | Case No. 21-_____ (____) |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |

### LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor ("Hillside Village" or the "Debtor") certifies that the Debtor has no equity security holders.

The undersigned, the Chief Restructuring Officer of the Debtor, hereby declares under penalty of perjury that the information contained herein is true and correct to the best of his knowledge, information, and belief.

Dated: August 30, 2021

                                                                   _____

Toby Shea
Chief Restructuring Officer
The Prospect-Woodward Home

---

[1] The last four digits of the Debtor's federal taxpayer identification are 2146. The address of the Debtor's headquarters is 95 Wyman Road, Keene, New Hampshire 03431