A Place For Mom
Dmca Designee
200 South Wacker Dr
Ste 2900
Chicago IL 60606


A1 Locksmith
Po Box 185
Westmoreland NH 03467


Abc Vending
150 Wire Rd
Merrimack NH 03054


Abm Healthcare Support Svc Inc
Abm Health
Po Box 419860
Boston MA 02241-0860


Above And Beyond Moving And Storage Llc
Po Box 95
Peterborough NH 03458


Ac Communication Partners
Ann Carter
Po Box 81-253
Wellesley Hills MA 02481


Accommunication Partners
Ann Carter
Po Box 253
Wellesley MA 02481

```
Ace Rental Center
Hamshaw Lumber Inc
3 Bradco St
Po Box 725
Keene NH 03431


Acentech
33 Moulton St
Cambridge MA 02138



Ackley, Neil R
Address On File



Acrylicrafters Of Ne, Llc
328 Rollercoaster Rd
Strafford NH 03884



Adams Direct Mail Svc Llc
99 Elm St
Greenfield MA 01301



Adp, Llc
1 Adp Blvd
Roseland NJ 07068



Adventure Limousine, Inc
63 Emerald St
Pmb 411
Keene NH 03431
```

Advicoach Of New Hampshire
12 Scott Cir
Spofford NH 03462


Affiliated Fm Insurance Co
270 Central Ave
Po Box 7500
Johnstown RI 02919-4949


Affordable Mobility
346 Chester Rd
Auburn NH 03032


Affordable Water Heaters Llc
Dba Melanson Company
Po Box 523
Keene NH 03431


Aflac
Remittance Processing Svc
1932 Wynnton Rd
Columbus GA 31999-0797


Aging Svc Of Maine And New Hampshire
Leadingage Maine And New Hampshire
Po Box 154
Newmarket NH 03857-0154


Ahern, Harold
169 Clinton St
Marlboro MA 01752

Ahern, Harold
Address On File


Ainsworth, Sadie
Address On File


Airex Filter Corp
17 Executive Dr
Hudson NH 03051


Airgas Usa Llc
Po Box 734445
Chicago IL 60673-4445


Aivaliotis, Alethea
Address On File


Ajk Consulting Llc
50 Darling Rd
Keene NH 03431


Alcala Construction Management Inc
1902 Abbey Ct
Alpharetta GA 30004

Alexanders Sheet Metal Inc
Po Box 98
140 Forest Ave
W. Swanzey NH 03469


All Ways Accessible Inc
128 Hall St Ste F
Concord NH 03301


Alliance Building Automation
Alliance Group Inc
Po Box 666
Essex Junction VT 05453


Allston Supply Co Inc
Po Box 4628
Springfield MA 01101


Alzheimer's Association
2020 Wtea Sponsorship
309 Waverley Oaks Rd
Ste 304
Waltham MA 02452


Alzheimer's Disease And Related
Disorders Assoc Inc
Alzheimer's Association
309 Waverly Oaks Rd
Waltham MA 02452


American Arbitration Association
1301 Atwood Ave
Ste 211n
Johnston RI 02919

American Builders And Contractors Supply Co
1 Abc Pkwy
Beloit WI 53511


American Builders And Contractors Supply Co
Bernstein Shur Sawyer And Nelson Pa
Michael Bosse
670 N Commercial St Ste 108
Manchester NH 03105


American Builders And Contractors Supply Co
Bernstein Shur Sawyer And Nelson Pa
Hilary Homes Rheaume
670 North Commercial St Suite 108
Manchester NH 03105


American Builders And Contractors Supply Co
The Macmillin Co
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550


Ameripride Svc Inc
Po Box 1390
Bemidji MN 56619-1390


Ammons, Diane
420 Monadnock St
Troy NH 03465


Amt Productions Llc
12 Spruce St
Swanzey NH 03446

Anderson Aquino Llp
240 Lewis Wharf
Boston MA 02110


Applegarth Co
15 West Scenic Pointe Dr
Ste 100
Draper UT 84020


Applewood Center
8 Snow Rd
Winchester NH 03470


Araldi, Richard
1078 Gorham Pond Rd
Dunbarton NH 03046


Aramark Uniform And Career Apparel Inc
Po Box 1390
Bemidji MN 56619-1390


Arc Mechanical Contractors Inc
Po Box 724
Bradford VT 05033


Arch Mechanical Contractors
Po Box 724
Bradford VT 05033

Archetype Signworks Llc
Po Box 127
Peterborough NH 03458


Arcomm Communications Corp
462 West Main St #3
Hillsborough NH 03244


Armstrong, Mary K
Po Box 56
11 Aldworth Manor Rd
Harrisville NH 03450


Arthur J Gallagher Risk Management Svc
39735 Treasury Ctr
Chicago IL 60694-9700


Arthur J Gallagher Risk Management Svc
Marcia L. Hahn, Regional Director
300 South Riverside Plaza
Chicago IL 60606


Arts Alive! Inc
Monadnock Arts Alive
15 Eagle Ct
Keene NH 03431


Ascap
Po Box 331608
Nashville TN 37203-7515

Ascap License Agreement
Po Box 331608
Nashville TN 37203-7515


Ascentium Capital
23970 Highway 59 N
Kingwood TX 77339


Ascentium Capital
Po Box 301593
Dallas TX 75303-1593


Ascentium Capital
Ct Corporation System
2 1/2 Beacon Street
Concord NH 03301


Ascentium Capital Llc
Po Box 301593
Dallas TX 77339-1535


Ashuelot Concerts
Po Box 181
Keene NH 03431


Associated Heating Svc Inc
277 Davis Rd
Roxbury NH 03431

Atkins Callahan Pllc
20 Depot St
Ste 220
Peterborough NH 03458


Attane Inc
8880 Ward Pkwy
Ste 400
Kansas City MO 64114


Attorney General's Office
Consumer Protection And Antitrust Bureau
33 Capitol St
Concord NH 03301


Augusta, Judy
Address On File


Bacala, Heather
Address On File


Backflow Preventer Inspection Svc
Of Richmond Llc
50 Bullock Rd
Richmond NH 03470


Baldyga, Ann
Address On File

Barlow, Mark
Address On File


Barnes, Jan
Address On File


Barnes, Janis
27 Meetinghouse Rd
Keene NH 03431


Barrett, Catherine
Address On File


Barry, David
Address On File


Barry, Francis
Address On File


Barry, Frank
37 Branch Rd
Keene NH 03431

```
Barry, Mary
Address On File




Bartolotta, Joann
150 N Shore Rd
Munsonville NH 03457




Bascom Family Farm, Coombs Family Farm
Brown Family Farm
56 Sugar House Rd
Alstead NH 03602




Bcm Environmental And Land Law Pllc
3 Maple St
Concord NH 03301




Bcm Environmental And Land Law Pllc
Tom Hanna
41 School St
Keene NH 03431




Beach, Rosemarie
Address On File




Beaudoin, Denise
Address On File
```

```
Bell, Rhiannon
Address On File




Bellavance Beverage Co Llc
46 Pettengill Rd
Londonderry NH 03053




Belletete, Katherine
Address On File




Belletete, Rachel
Address On File




Benaquist, Lawrence M
166 South Lincoln St
Keene NH 03431




Bergeron Construction Co Inc
Po Box 287
Keene NH 03431




Bergeron Construction Co Inc
27 Matthews Rd
Keene NH 03431
```

Bergeron Construction Co Inc
Foley Buhl Roberts & Associates Inc.
2150 Washington Street
Newton MA 02462


Berkshire Eagle, Bannington Banner
Brattleboro Reformer
Po Box 1171
Pittsfield MA 01202


Bertolami, Karen
Address On File


Bessie's Story Llc
166 North Shore Rd
Newport NH 03773


Best Vendors, Llc
4150 Olson Memorial Hwy
Ste 200
Minneapolis MN 55422


Beteau, Olivia
Address On File


Bewersdorff, Frank
Address On File

Bk Systems Inc
27 Sheep Davis Rd
Pembroke NH 03275


Blair, Kenneth Warren
2128 William St 148
Cape Girardeau MO 63703


Blake, Lily
Address On File


Blanchard And Sons Drywall Inc
604 Washington St
Keene NH 03431


Blanchard, Kiah
Address On File


Blanchard, Michael
8 Belmont Ave
Keene NH 03431


Blanchard, Michael
Address On File

Blanchette, Lisa M
166 Cross Rd
West Chesterfield NH 03466


Blanchette, Melody
Address On File


Blaudschun, Michael
Address On File


Blood, Marion
Address On File


Bluespire Inc
7650 Edinborough Way
Ste 425
Edina MN 55435


Bmi
Po Box 630893
Cincinnati OH 45263-0893


Bob's Fuel Co Llc
21 Warwick Rd
Winchester NH 03470

Boelter Companies, The
N22w23685 Ridgeview Pkwy West
Waukesha WI 53188-1013


Bolanos, Kristin
Address On File


Borden, Tracey
152 Wyman Rd
Keene NH 03431


Borgeson, Meghan
Address On File


Boule-mata, Ada
Address On File


Bradley And Faulkner Pc
50 Washington St
Po Box 666
Keene NH 03431


Brickstone Land Use Consultants Llc
185 Winchester St
Keene NH 03431

Broadcast Music Inc (bmi)
Po Box 630893
Cincinnati OH 45263-0893


Bruno, Ryleigh
Address On File


Buffum, Deirdra
Address On File


Builders Installed Products Of Vt, Llc
48 King St
Auburn NH 03032


Builders Installed Products Of Vt, Llc
Schubert Law Offices
William Schubert
100 Webster St
Manchester NH 03104


Builders Installed Products Of Vt, Llc
The Macmillin Co
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550


Bulldog Design Llc
147 Winchester St
Keene NH 03431

Burdett, Gregg
Address On File


Burke, Joshua
Address On File


Burnett, Rand
Address On File


Burnett, Rand
Address On File


Burnham, Haley
Address On File


Burt, Michael R
70 Fish Hatchery Rd
Richmond NH 03470


Butler, Bryan
Address On File

Butler-martin, Sierra
Address On File




Cady, Steven R
15 Richardson Ct
Keene NH 03431




Calkins, Kaitlyn
Address On File




Callahan, Kaitlyn
Address On File




Callenberg, Deborah
Address On File




Cambridge Trust Company Of Nh
Devin Brown
1000 Elm St
Ste 201
Manchester NH 03101




Campbell, Talcia
Address On File

Capobianco, Erin
168 Eaton Rd
Swanzey NH 03446


Captiveaire Systems Inc
Po Box 60270
Charlotte NC 28260


Cartier, Tabitha
Address On File


Cary, Donna A
57 Owls Hill Rd
Westmoreland NH 03467


Cascagne, William
Address On File


Castor, Michelle
Address On File


Ccrc Actuaries Llc
415 Main St
Reisterstown MD 21136

Chamberlain, Camille
Address On File


Chamberlain, Olivia
Address On File


Chamberlin, Riley
Address On File


Chamberlin, Tess
Address On File


Chamberlin-trombley, Cote
Address On File


Chandler, Del
Address On File


Charles, Alex
Address On File

Chase Card Svc
Po Box 1423
Charlotte NC 28201-1423


Chase Card Svc
Jp Morgan Chase & Co.
Attn:  Legal Dept.
270 Park Avenue
New York NY 10017


Chase, Eric
Address On File


Cheshire Drain Svc
Po Box 264
Keene NH 03431


Cheshire Health Foundation, The
580 Ct St
Keene NH 03431


Chesire Glass
43 Emerald St
Keene NH 03431


Chirichiello, Andrea
Address On File

```
Christiansen, Elizabeth
9 South View Dr
Keene NH 03431




Christie, Andrew
Address On File




Ciscor Inc
Po Box 7048 Group # 16
Indianapolis IN 46207-7048




City Of Keene
3 Washington St
Keene NH 03431




City Of Keene
Po Box 544
Keene NH 03431-0544




City Of Keene
Public Works Department
350 Marlboro Street
Keene NH 03431




Clark Mortenson Agency Inc
Po Box 606
Keene NH 03431
```

Clark, Amanda
Address On File

Clason, Emma
Address On File

Clemente, Andrew
Address On File

Clia Laboratory Program
Po Box 3056
Portland OR 97208-3056

Cliftonlarsonallen Llp
Po Box 829709
Philadelphia PA 19182-9709

Cobane, Coralie
Address On File

Cobane, Coralie
Lehmann Major List, Llc
Jason Major
Address On File

Cobane, Coralie
Nh Commission For Human Rights
Address On File


Cobb, Amber
Address On File


Coca Cola Bottling Co Of No New England Inc
Po Box 419784
Boston MA 02241-9784


Cocoplum Inc
Cocoplum Appliances
1300 Putney Rd
Brattleboro VT 05301


Cole, Catherine
Address On File


Coll's Cleaning Svc Llc
Po Box 10203
Swanzey NH 03446


Collier, Michelle
Address On File

Collier, Wendy
Address On File

Colonial Life
Po Box 903
Columbia SC 29202-0903

Colonial Life And Accident Insurance Co
Po Box 903
Columbia SC 29202-0903

Companion Life
Po Box100102
Columbia SC 29202-3102

Connelly, Thomas
Address On File

Consolidated Communications Inc
8150 Industrial Ave
Roseville CA 95678

Consolidated Communications Inc
Cogency Global Inc
122 E.42nd Street
18 Floor
New York NY 10168

Consolidated Communications Inc
Po Box 11021
Lewiston ME 04243-9472


Consolidated Communications, Inc
Po Box 11560
Portland ME 04104


Constellation New Energy, Inc
100 Constellation Way
Baltimore MD 21202


Constellation New Energy, Inc
Po Box 4640
Carol Stream IL 60197-4640


Convenientmd Urgent Care
111 New Hampshire Ave
Ste 2
Portsmouth NH 03801


Cornish, Linda
Address On File


Cort
10 Post Office Square
Ste 160
Boston MA 02109

```
Cote, Rich
Address On File




Counter Tech Inc
180 Emerald St
Keene NH 03431




Cousins, Iyla
Address On File




Covenant Living Communities & Srvs
David G. Erickson
5700 Old Orchard Rd
Skokie IL 60077




Craven, Sophie
Address On File




Crawford, Nancy
109 Sugar Maple Ln
Spofford NH 03462




Crawford, Nancy
Chair
Address On File
```

Creasey, Ted
Address On File


Creating Serenity Llc
Sharon A Laflamme
217 Old Turnpike Rd
Fitzwilliam NH 03447


Creative Forecasting Inc
Po Box 7789
Colorado Springs CO 80933-7789


Ct Corp System As Representative
Sprs
330 N Brand Blvd
Ste 700
Glendale CA 91203


Cullen, Annemarie
Address On File


Cummins Sales And Svc
Po Box 419404
Boston MA 02241-9404


D And S Elder Svc Llc
441 Poocham Rd
West Chesterfield NH 03466

D'alessio And Associates Inc
543 West St
Keene NH 03431


Daniels Equipment Company, Inc
45 Priscilla Ln
Auburn NH 03032-3274


Daponde, Kim
12 Birch St
Keene NH 03431


Daponde, Kimberly
Address On File


Dargie, Peyton
Address On File


Dartmouth-hitchcock
Po Box 419114
Boston MA 02241-9114


Davenport, Harriet
Address On File

Davis, Felicia
Address On File


Day, Tammy
Address On File


De Lage Landen Financial Svc Inc
Po Box 41602
Philadelphia PA 19101-1602


Deem, Michele
Address On File


Deihim-pazah, Arian R
Po Box 1152
Keene NH 03431


Demoulas Supermarkets Inc
875 East St
Tewksbury MA 01876-1495


Denron Maintenance
605 Front St
Manchester NH 03102

```
Denron Plumbing And Hvac, Llc
605 Front St
Manchester NH 03102




Denron Plumbing And Hvac, Llc
Wadleigh Starr And Peters Pllc
Frank P Spinella
95 Market St
Manchester NH 03101



Denron Plumbing And Hvac, Llc
The Macmillin Co
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550



Derendal, Jennifer
Address On File




Dexter, Danielle
Address On File




Dexter, David
Address On File




Dhhs Covid Testing Program
29 Hazen Dr
Concord NH 03301
```

Dickinson, Zachary
Address On File


Dingman, Kristen
Address On File


Direct Energy
194 S Wood Ave
Iselin NJ 08830


Direct Energy
Po Box 70220
Philadelphia PA 19176-0220


Direct Energy
Corporate Creations Network Inc.
3 Executive Park Drive #201a
Bedford NH 03110


Direct Energy Business
Po Box 70220
Philadelphia PA 19176-0220


Direct Supply Inc
6767 N Industrial Rd
Milwaukee WI 53223

Discount Oil Of Keene
1187 Main St
Tewksbury MA 01876


Dole And Bailey Inc
16 Conn St
Woburn MA 01801


Doll, David
Address On File


Doll, David
Financial Solutions
Address On File


Door Control Inc
8 Delta Dr Unit D
Londonderry NH 03053


Dowd, Paige
Address On File


Dube's Tire Center
300 Pk Ave
Keene NH 03431

Dufault, Heather
Address On File


Dunchus, Isaiah
Address On File


Durkin, Pamela
1070 Rte 63
Westmoreland NH 03467


E Sam Jones Distributor Inc
Po Box 536794
Atlanta GA 30353-6794


E-locallink Inc
130 East Main St
1st Fl Granite Bldg
Rochester NY 14604


Eason, Jay
Address On File


Eason, Jay
Address On File

Eastman Community Association
Po Box 53
Grantham NH 03753


Easy Badges Llc
650 Ne Holladay St
Ste 1600
Portland OR 97232


Ecolab Inc
Po Box 32027
New York NY 10087-2027


Economy Movers
Po Box 13
Keene NH 03431


Edes, Arlene
Address On File


Edwards, John
Po Box 376
Spofford NH 03476


Edwards, John
Address On File

```
Ekblom, Christopher R
36 Mill St
Epping NH 03042




Elegant Settings
28 Pk Ave Ste 103
Keene NH 03431




Elk Consulting Svc Llc
990 Washington St
Ste 208
Dedham MA 02026




Ellis Installs
75 Music Vale Rd
Salem CT 06420




Emersons Towing And Repairs, Llc
429 Monadnock Hwy
Swanzey NH 03446




Employee Svc Inc
55 Chamberlain St
Wellsville NY 14895




Encompass Group Llc
Dept 40254
Po Box 740209
Atlanta GA 30374-0209
```

Environmental Protection Agency
Office Of General Counsel
Ariel Rios Bldg
1200 Pennsylvania Ave Nw Mail Code   2310a
Washington DC 20460


Environmental Protection Agency
5 Post Office Square
Ste 1100
Boston MA 02109-7341


Environmental Sampling And Testing Svc
54 Water St
Ashburnham MA 01430


Erno, Aubrey
Address On File


Eurovia Atlantic Coast Llc
D/b/a Cold River Materials
953 Odlin Rd
Bangor ME 04401


Ezequelle, Kalea
Address On File


Fairbanks Lock + Key
97 River St
Keene NH 03431

Faller, William G
Po Box 86
Temple NH 03084


Fantini Baking Co
375 Washington St
Haverhill MA 01832


Farrell Video Productions
Po Box 100
Keene NH 03431


Farwell, John
Je Farwell Trucking
446 Old Homestead Hwy
Swanzey NH 03446


Fecto, Jane
126 Eagle Ln
Chesterfield NH 03443


Fecto, Terry
126 Eagle Ln
Chesterfield NH 03463


Fecto, Terry
Address On File

Federal Insurance Co
15 Mountain View Rd
Warren NJ 07059


Filaski, Craig
Address On File


First Baptist Church
105 Maple Ave
Keene NH 03431


First Light Fiber
Po Box 1301
Williston VT 05495-1301


Firstlight
Po Box 1301
Williston VT 05495-1301


Firstlight
Corporation Service Company
251 Little Falls Drive
Wilmington DE 19808


Firstlight
359 Corporate Drive
Portsmouth NH 03801

Firstlight Fiber
41 State St Ste 600
Albany NY 12207


Fish, Clarissa
Address On File


Fixitech Clock Repair
92 Thompson Rd
Westmoreland NH 03467


Fletcher, Justine
Address On File


Fletcher, Tina
92 Thompson Rd
Westmoreland NH 03467


Food Connects Inc
22 Browne Ct Unit 110
Brattleboro VT 05301


Ford-nason, Jacqueline
Address On File

Franseen , Judy
Address On File


Frazier, Hayley
Address On File


Fred H Hamblet, Llc
29 Victoria St
Keene NH 03431


Friedli, Ernest
631 Burpee Pond Rd
W. Townshend VT 05359


Frink, Julie
Address On File


Fulcher, Sierra
Address On File


Full Count
1555 Se Delaware Ave
Ste A
Ankeny IA 50021

Fullcount
1555 Se Delaware Ave
Ste A
Ankeny IA 50021


Fw Webb Co
160 Middlesex Turnpike
Bedford MA 01730


Gabhaltais Teaghlaigh Llc
9 E Pearl St
Nashua NH 03060


Gabhaltais Teaghlaigh Llc
Po Box 888
Winchester MA 01890


Gale, Gary
Address On File


Gapp, Stephen
Address On File


Gapp, Stephen D
367 Spring Hill Rd
Sharon NH 03458-7312

Garelick Farms
2711 North Haskell Ave
Ste 3400
Dallas TX 75204


Garland, Sebastian
Address On File


Gazaway, Justus
Address On File


Gds Landmark Group
80 Warmac Rd
Swanzey NH 03446


Geiss, Meghan
Address On File


Gemgraphics
415 Marlboro St
Keene NH 03431


Georges, Isabella
Address On File

Giaimo, Deborah
250 Brush Brook Rd
Dublin NH 03444

Giard, Jessica
Address On File

Gilsum Gardens Llc
167 Hammond Hollow Rd
Gilsum NH 03448

Gks Svc Co
Po Box 413
Candia NH 03034

Gordeuk, Julie
Address On File

Grainger
Department 887421649
Palatine IL 60038-0001

Grand Monadnock Youth Choirs
Po Box 54
Peterborough NH 03458

Grandbridge Real Estate Capital
David Kliewer
1408 N Westshore Blvd
Tampa FL '33607


Granite State Glass And Burlington Glass Ctr
471 Winchester St
Keene NH 03431


Granite State Sheet Metal Llc
Po Box 480
Harrisville NH 03450


Graves, Kathryn
Address On File


Gravina, Carl J
30 Laurel Hill Dr
Leverett MA 01054


Greater Keene Chamber Of Commerce
48 Central Square
Keene NH 03431


Greater Keene Pops Choir
Po Box 1244
Keene NH 03431

Green, Margaret
Address On File


Grendell, Felisha-anne
Address On File


Griffin Greenhouse Supplies Inc
Po Box 842937
Boston MA 02284-2937


Griffon Security Technologies Llc
14 Fletcher St
Kennebunk ME 04043


Groome, Ginnette G
6 Pitcher Pt
North Swanzey NH 03431-4554


Grossi, Brandon
Address On File


Grossi, Nicholas
Address On File

Groundup Landscape Materials
387 Monadnock Hwy
East Swanzey NH 03446


Guarinos Swimming Pool Svc Inc
12 Esquire Rd
North Billerica MA 01862


Guillet-beal, Sharen
Address On File


Guyette, Olivia
Address On File


Hackerott, Robert
Address On File


Hagland, Craig
Address On File


Hammond, Stephen
Address On File

Hampshire Fire Protection
Kevin Thibodeau
8 North Wentworth Ave
Londonderry NH 03053


Hamshaw Lumber Inc
Po Box 725
Keene NH 03431


Handelman, Ion
Address On File


Hanna , Thomas R
41 School St
Keene NH 03431


Hannaford
Po Box 741127
Atlanta GA 30384


Hansen, Mildred
Address On File


Hanson Bridgett Marcus Vlahos Rudy, Llp
425 Market St
26th Fl
San Francisco CA 94105

Harris, Kayla
Address On File


Harris, Rob
Trustee
Address On File


Hart, Kayleigh
Address On File


Hart, Nicholas
Address On File


Hart-mercure, Glenna
Address On File


Harvard Pilgrim Health Care Inc
Po Box 970050
Boston MA 02297-0050


Harville, Jennifer
Address On File

Hayes Car And Truck Repair Llc
1675 Rte 9
Stoddard NH 03464


Haynes, Elizabeth
Address On File


Hd Supply Facilities Maintenance Ltd
Po Box 509058
San Diego CA 92150-9058


Headings, Connor
Address On File


Headings, Sophie
Address On File


Healey, Hannah
Address On File


Healthdirect Institutional Pharmacy Svc Inc
Po Box 988
Buffalo NY 14240

Henderson, Juliet
Address On File


Hendrickson, Raven
Address On File


Hickok, Kevin
Address On File


Hildreth, Rebecca
Address On File


Hill, Chase
Address On File


Hirsh, Lester
13 East Fourth St
Watsontown PA 17777


Hiscox
5 Concourse Pkwy
Ste 2150
Atlanta GA 30328

Hitchcock, Denise
Address On File

Hodgman, Doreen
Address On File

Hogan, Karen
19 Pleasant Ave
Scarborough ME 04074

Hogan, Tiffany
234 Old Turnpike Rd
Fitzwilliam NH 03447

Holabird, Lisa
Address On File

Holbrook, Robert
Address On File

Holbrook, William
804 Western Ave
Brattleboro VT 05301

Holbrook, William
Address On File


Holleran Consulting Llc
Po Box 98
Wrightsville PA 17368


Home Depot Credit Svc
Dept 32   2533302372
Po Box 78047
Phoenix AZ 85062-8047


Home Depot Pro, The
Po Box 742480
Atlanta GA 30374-2480


Home Depot, The
The Home Depot Pro
Po Box 415133
Boston MA 02241-5133


Home-land Landscaping
668 Chesham Rd
Harrisville NH 03450


Hooper, Cynthia
Address On File

Hopkins, Rowen
Address On File


Hoszkiewicz, Walter
Address On File


Howard Printing, Inc
Howard Printing
Po Box 996
Brattleboro VT 05302


Howard, Jada
Address On File


Howe Riley And Howe
Wipfli
43 Constitution Dr
Ste 100
Bedford NH 03110


Hubert Co
25401 Network Pl
Chicago IL 60673-1254


Hunter, Mayzie
Address On File

Hutter Construction Corp
810 Turnpike Rd
Po Box 257
New Ipswich NH 03071


Imagemaster Llc
1182 Oal Vly Dr
Ann Arbor MI 48108


Impact Fire Services, Llc
26 Hampshire Dr
Hudson NH 03051


Installed Building Products Llc
Overheaddoor Concord Nh
38 Locke Rd
Concord NH 03301


Installed Building Products Llc
Schubert Law Offices
William Schubert
100 Webster Street
Manchester NH 03104


Installed Building Products Llc
The Macmillin Company
Orr & Reno, P.a James Laboe
45 South Main Street Po Box 3550
Concord NH 03302-3550


Installed Building Products Llc
Dba Overhead Door Co Of Concord
Po Box 3388
Concord NH 03302

```
Intellicorp
General Post Office
Po Box 27903
New York NY 10087-7903



Interim Healthcare Of The Northeast Llc
608 Chestnut Streett
Manchester NH 03105-1780



Internal Revenue Svc
1111 Constitution Ave Nw
Washington DC 20224



Internal Revenue Svc
Centralized Insolvency Operation
Po Box 7346
Philadelphia PA 19101-7346



Internal Revenue Svc
Centralized Insolvency Operation
2970 Market St
Mail Stop 5 Q30 133
Philadelphia PA 19104-5016



Inviacom Inc
2022 Van Buren Ave
Indian Trail NC 28079



Inviacom Inc
Po Box 2730
Indian Trail NC 28079
```

Inviacom Inc
Incorp
3773 Howard Hughes Pkwy
Suite 500
Las Vegas NV 89169-6014


Ioannou, Fokion
Address On File



Ipswich Shellfish Co, Inc
Po Box 550
Ipswich MA 01938



Ironshore
One State Street Plz
7th Floor
New York NY 10004



Irs (internal Revenue Service)
10th St And Pennsylvania Ave Nw
Washington DC 20530



Irving Oil Co
Po Box 11012
Lewiston ME 04243-9463



Jack's Hardware
37 Pk Ave
Keene NH 03431

```
Janitech Inc
60 Pine St Unit K
Methuen MA 01844
```

```
Jenisch, Cali
Address On File
```

```
Jennison, Autumn
Address On File
```

```
Jnr Gutters, Inc
38-40 Lancaster St
Haverhill MA 01830
```

```
Jnr Gutters, Inc
Nicosia And Associates Pc
Peter Nicosia
Po Box 721 259 Middlesex Rd
Tyngsboro MA 01879
```

```
Jnr Gutters, Inc
The Macmillin Co
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550
```

```
Jobmann, Kate
Address On File
```

Jobmann, Robert
99 Peachblow Rd
Alstead NH 03602


Johnson, Teah
Address On File


Jon-don Inc
37302 Eagle Way
Chicago IL 60678-1373


Jones, Edward
108 Main St
Keene NH 03431


Jones, Patricia
Address On File


Jones, Patricia M
119 Henderson Rd
Munsonville NH 03457


Jp Pest Svc Llc
101 Emerson Rd
Milford NH 03055

```
Jrm Keene Door Llc
Nka Keene Overhead Door Inc
528 Washington St
Keene NH 03431
```

```
June, Annalaize
Address On File
```

```
Karmen, Carla
Address On File
```

```
Keene Chorale, The
Po Box 250
Keene NH 03431-0250
```

```
Keene County Club Inc
755 West Hill Rd
Keene NH 03431
```

```
Keene Door
528 Washington St
Keene NH 03431
```

```
Keene Family Ymca
200 Summit Rd
Keene NH 03431
```

Keene Gas
Po Box 371473
Pittsburgh PA 15250-7473


Keene High School Ice Hockey Booster Club
43 Arch St
Keene NH 03431


Keene Lions Foundation Inc
17 Mckinley St
Po Box 62
Keene NH 03431


Keene Mini Storage Llc
690 Marlboro St
Keene NH 03431


Keene Senior Center
70 Ct St
Keene NH 03431


Keene Swamp Bats
303 Pk Ave
Keene NH 03431


Kelly, Ed
Kri Llc
2835 Inverness Cir
Southport NC 28461

Kesek Electric Pllc
Po Box 75
Plainfield NH 03781


Kimberly, Karen
Address On File


Kimberly, Warren
Address On File


King, Tammy
Address On File


Kinney, Angelique
Address On File


Kitchen Klean Inc
Po Box 754
Epsom NH 03234


Knowles, Kylie
Address On File

Kostick, Henry
Address On File


Koutras, Claire
Address On File


Kronos Inc
Po Box 743208
Atlanta GA 30374-3208


Kropff, Andrew
390 North Bennington Rd
Bennington NH 03442


Laboratory Corp Of American Holdings
Po Box 2240
Burlington NC 27216-2240


Lacoste, Robert
15 Main St Apt B
Gilsum NH 03448


Lacroix, Mary
182 Old Chesterfield Rd
Winchester NH 03470

Laflamme, Alec
Address On File


Lafleur, Connie
Address On File


Laird, Lori
Address On File


Lambert, Saphire
Address On File


Lamoureux, Tammy
Address On File


Landgren, Gary P
82 Indian Hill Rd
Worcester MA 01606


Lane, Kendall
Trustee
Address On File

Lariviere-miffek, Maria
Address On File


Latti, James
Address On File


Lawrence Brothers Plumbing And Heating Llc
130 Verry Brook Rd
Winchester NH 03470


Lawton, Sue
Address On File


Leading Age Massachusetts
246 Walnut St Ste 203
Newton MA 02460


Leaf
Po Box 5066
Hartford CT 06102-5066


Lee, Brianna
Address On File

Leslie, Megan
Address On File


Letourneau, Kelley
Address On File


Levesque, William
Address On File


Lewis, Kyla
Address On File


Lexington Realty International Llc
911 East County Line Rd
Ste 203
Lakewood NJ 08701


Liberty Utilities
75 Remittance Dr
Ste 1032
Chicago IL 60675-1032


Life Care Companies Llc
Capital Square
400 Locust St Ste 820
Des Moines IA 50309

Life Care Svc Llc
400 Locust St
Ste 820
Des Moines IA 50309


Lifesavers Inc
39 Plymouth St
Fairfield NJ 07004


Lifetec Inc
1710 S Wolf Rd
Wheeling IL 90090


Lilly, Brennan
Address On File


Limoges, Danelle
Address On File


Lloyds Of London
280 Park Ave
East Tower  24th Floor
New York NY 10017


Logan, Rhianna
Address On File

Longchamps Electric Inc
700 Harvey Rd
Manchester NH 03103


Lory, Jeremy
63 Wyman Rd
Keene NH 03431


Lounder, Leeann
Address On File


Lowe, Erykah
Address On File


Lucius, Carolyn
Address On File


Luo, Danni
Address On File


M And W Soils Engineering Inc
265 Main St
Po Box 1466
Charlestown NH 03603

Machado, Kerri
Address On File

Mack, Ariel
Address On File

Main, Michael
241 Elm St
Keene NH 03431

Malony, Kelly
Address On File

Manning Emergency Education Inc
64 Ter St
Marlborough NH 03455

Manwaring, Richard
Address On File

Maple Hill Nursery
197 West Swanzey Rd
Swanzey NH 03446

```
Maple, Wesley
Address On File




Marquit, Robert J
2138 Ridge Rd
Glenville NY 12302




Massachusetts Dept Of Revenue
Bankruptcy Unit
Po Box 9564
100 Cambridge St 7th Flr
Boston MA 02114-9564


Masso, Elaina
Address On File




Matatics, Robin
Address On File




Mattheson, Kristin
Address On File




Mccalley, Jennifer
Address On File
```

Mccarthy, Karen
Address On File


Mcconahey, Greg
Address On File


Mcconahey, Greg
Nh Trust
Address On File


Mcintyre, Nora
Address On File


Mckesson Medical-surgical Mn Supply Inc
12755 Highway 55 Ste R200
Minneapolis MN 55441-4664


Mckesson Orbits System Agreement
12755 Highway 55
Ste R200
Minneapolis MN 55441-4664


Mealsuite Inc
5001 Lyndon B Johnson Hwy
Dallas TX 75244

```
Med Pass Inc
One Reynolds Way
Dayton OH 45430




Meddaugh, Anne
Trustee
Address On File




Medline Industries Inc
Dept 1080
Po Box 121080
Dallas TX 75312-1080




Mercure, Lacey
Address On File




Mesic, Hanna
Address On File




Messina, Diane
Address On File




Metro Walls, Inc
49 Hancock St
Manchester NH 03101
```

```
Metro Walls, Inc
Bernstein Shur Sawyer And Nelson Pa
Hillary Homes Rheaume
670 N Commercial St Ste 108
Manchester NH 03105


Metro Walls, Inc
Bernstein Shur
Kelly Gagliuso
670 North Commercial St Suite 108
Manchester NH 03105


Metro Walls, Inc
The Macmillin Co
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550


Miller , Wayne
1479 County Rd
Walpole NH 03608


Mincarelli, Cheryl
Address On File


Minniti, Jenna
Address On File


Mobile X Diagnostics
109 Rhode Island Rd
Lakeville MA 02347
```

Moffat, Christian
Address On File

Moffat, Hannah
Address On File

Monadnock Broadcasting Group
69 Stanhope Ave
Keene NH 03431

Monadnock Disposal Svc Inc
101 Old Sharon Rd
Jaffrey NH 03452

Monadnock Fence Co
Po Box 562
32 West St
West Swanzey NH 03469

Monadnock Flooring Outdoor Living
1024 Rte 12
Westmoreland NH 03467-4721

Monadnock International Film Festival
25 Roxbury St
Ste 207
Keene NH 03431

```
Monadnock Ledger - Transcript
Po Box 877
White River Junction VT 05001-0877




Monadnock Music Inc
Po Box 3022
Peterborough NH 03458




Monadnock Security Systems Inc
Po Box 256
New Ipswich NH 03071




Monadnock Shopper News
Po Box 487
445 West St
Keene NH 03431




Monadnock United Way
23 Ctr St
Keene NH 03431




Monarque, Rick
Po Box 475
Ascutney VT 05030




Monette, Heath
Address On File
```

Monroe, Mathew
Address On File

Moody, Jessica
Address On File

Moore Concrete Cutting Inc
183 State Rte 125 C-3
Brentwood NH 03833

Mountain View Publishing Llc
135 Lyme Rd
Hanover NH 03755

Moving Mentor Inc
Po Box 3003
Amherst MA 01004

Mplc
Po Box 80144
City Of Industry CA 91716-8144

Mplc License Agreement
Po Box 80144
City Of Industry CA 91716-8144

```
Mrhs Fine/performing Arts
600 Old Homestead Hwy
Swanzey NH 03446



Mumford, Nathan
Address On File



Munroe, Kaitlyn
Address On File



Munroe, Kristen
Address On File



Murphy, Lisa
Address On File



Murphy, Paul
158 Island St
Keene NH 03431



Murphy, Paul
Address On File
```

```
Mutual Of Omaha Insurance Co
Payment Processing Ctr
Po Box 2147
Omaha NE 68103-2147
```

```
Mutual Of Omaha Insurance Co
Payment Processing Center
Po Box 2147
Omaha NE 68103-2147
```

```
Nadeau, Gretchen
18 Ferry Rd
Westmoreland NH 03467
```

```
Nash, Tyler
Address On File
```

```
Nelson, Griffen
Address On File
```

```
Nelson, Lucille
Address On File
```

```
Netsmart Info Systems
11100 Nall Ave
Overland Park KS 66211
```

Network Svc Co
29060 Network Pl
Chicago IL 60673-1290


New England Fabrics And Decorating
55 Ralston St
Keene NH 03431


New England Office Solutions Inc
D/b/a Office System Of Vermont Inc
20 Wintersport Ln
Ste 145
Williston VT 05495


New Hampshire Attorney General
Gordon Macdonald
Nh Department Of Justice
33 Capitol St
Concord NH 03301-6397


New Hampshire Board Of Barbering
Cosmetology And Esthetics
7 Eagle Square
Concord NH 03301


New Hampshire Business Review
150 Dow St
Manchester NH 03101


New Hampshire Dept Of
Environmental Svc
29 Hazen Dr
Po Box 95
Concord NH 03302-0095

New Hampshire Dept Of Health And Human Svc
129 Pleasant St
Concord NH 03301-3852


New Hampshire Dept Of Labor
Commissioner
Spaulding Building
95 Pleasant St
Concord NH 03301


New Hampshire Dept Of Rev Admin
109 Pleasant St
Concord NH 03301


New Hampshire Dept Of Revenue Admin
Pierre O Boisvert  Collection Div Dir
Po Box 454
Concord NH 03301


New Hampshire Director Of Charitable Trusts
New Hampshire Dept Of Justice
Charitable Trusts Unit
33 Capitol St
Concord NH 03301


New Hampshire Health And Education
Facilities Authority Concord Nh
54 South State St
Concord NH 03301


New Hampshire Health Care Association
5 Sheep Davis Rd Ste E
Pembroke NH 03275

```
New Hampshire Insurance Dept
Legal Dept
21 South Fruit St
Ste 14
Concord NH '03301


New Hampshire Liquor Commission
60 Storrs St
Concord NH 03301



New Hampshire Magazine
150 Dow St
Manchester NH 03101



New Hampshire Of Residential Care Homes
Nharch
53 Regional Dr
Concord NH 03301



New Hampshire Probate Court
Judicial Branch Administrative Office
Nh Circuit Court
1 Granite Pl Ste N400
Concord NH 03301


New Hampshire Treasurer
Unclaimed Property Division
25 Capitol St
Rm 121
Concord NH 03301


Newton, Kathleen
Address On File
```

```
Northeast Delta Dental
Po Box 9566
Manchester NH 03108-9566




Northeast Delta Dental
One Delta Drive
Po Box 2002
Concord NH 03302-2002




Northeast Mailing Systems Llc
26 Bank St
Lebanon NH 03766-1729




Norton, Linda
Address On File




Nustep Inc
5111 Venture Dr Ste 1
Ann Arbor MI 48108




O'connor, Robert
Address On File




O'connor, William
Address On File
```

O'dwyer, Susan A
12 Meadow Rd
Harrisville NH 03450


O'meara, Claire
Address On File


Occupational Safety And Health Administration
Jfk Federal Bldg
25 New Sudbury St Rm E340
Boston MA 02203


Oconnor, Claire
Address On File


Office System Of Vermont Inc
L-3757
Columbus OH 43260


Office System Of Vt/nh
L-3757
Columbus OH 43260


Olds, Laurie
Address On File

Omnicare Of New Hampshire
Dept 781668
Po Box 78000
Detroit MI 48278-1668


One Call Now
6450 Poe Ave Ste 500
Dayton OH 45414


One On One Sherpa Llc
3030 Locust St
St. Louis MO 63103


Oneday
5910 N Central Expy
Ste 1310
Dallas TX 75206


Oneday
My Lasting Legacy
Dept 2523
Dallas TX 75312-2523


Oneil, Callie
Address On File


Onepoint Partners Llc
10 Maple St
Ste 302
Middleton MA 01949

Onepoint Partners Llc
Attn: Toby Shea
35 Main Street
Suite 211c
Topsfield MA 01983


Onshift Inc
Po Box 207856
Dallas TX 75320-7856



Onsolve Llc
Po Box 865672
Orlando FL 32886-5672



Opsahl, Alex
Address On File



Oracle Hcm
2300 Oracle Way
Austin TX 78741



Oster And Wheeler Pc
86 West St
Po Box 623
Keene NH 03431



Oster, Belinda
Vice Chair
Address On File

Oster, Belinda
Oster And Wheeler Pc
Address On File


Oxendine, Christian
Address On File


P And W Property Maintenance
Matthew Chickering
73 Farm Rd
Surry NH 03431


Packard, Nellyn
Address On File


Paquette, Matt
37 Peterborough St #3
Jaffrey NH 03452


Paquette, Matthew
Address On File


Parisi, Marianne
Address On File

Parker, Julie
Address On File


Parkhurst, Savanah
Address On File


Passos-duffy, Marcia
Address On File


Peachblow Farm
229 Strawberry Row
Charlestown NH 03603


Peate, Elizabeth
Address On File


People's Linen Svc Llc
9 Giffin St
Keene NH 03431


Peoples United Bank
James Hadden
122 West St
Keene NH 03431

Perez, Sharon
Address On File


Perra, Eileen
Address On File


Perrigo, Susan
Address On File


Perron, Joseph
Address On File


Perrotta, Evangeline
Address On File


Pete's Restaurant Equipment
Pvl Corp
10 Eastern Ave
Center Conway NH 03813-4422


Peterson, Joy
323 Maple Ave Apt 24
Keene NH 03431

Peterson, Joy
Address On File


Phaneuf, Jeremiah
Address On File


Phd Communications
33 Main St
Ste 304
Nashua NH 03064


Phelps, Linda
Address On File


Phils Tree Svc And Logging Llc
34 Dale Dr
Keene NH 03431


Phippard , James P
185 Winchester St
Keene NH 03431


Pickering, Amanda
Address On File

Pine Tree Lumber Inc
Po Box 297
Goshen NH 03752

Pinney Plumbing And Heating
Po Box 87
West Swanzey NH 03469-0087

Pitney Bowes Global Financial Svc Llc
Po Box 371887
Pittsburgh PA 15250-7887

Pitney Bowes Purchase Power
Po Box 371874
Pittsburgh PA 15250-7887

Polifrone, Margaret
Address On File

Polifrone, Mark J
415 Stone Pond Rd
Marlborough NH 03455

Pouliot, Aaron
238 Base Hill Rd Unit 8
Unit 8
Keene NH 03431

Pouliot, Summer
Address On File


Powers Generator Service, Llc
Po Box 10005
Swanzey NH 03446


Pratt, John
17 Sargent Hill Ln
Walpole NH 03608


Pratt, John
Craig Deachman And Associates Pllc
James W Craig
1662 Elm St
Manchester NH 03101


Premiere Transitions
3927 Winchester Rd
Ste 200
Memphis TN 38118


Preti Flaherty Beliveau Pachios And Haley Llp
Po Box 9546
Portland ME 04112-9546


Prime Roast Coffee Co, Llc
16 Main St
Keene NH 03431

Principal Financial Group
711 High St
Des Moines IA 50392


Print Fusion
331 Flat Roof Mill Rd
Swanzey NH 03446


Pro Stock Kitchens, Llc
70 Jaffrey Rd
Peterborough NH 03458


Pro Stock Kitchens, Llc
Upton And Hatfield Llp
Sabrina Beavens
10 Centre St Po Box 1090
Concord NH 03302


Pro Stock Kitchens, Llc
The Macmillin Co
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550


Proctor And Gamble
1 P&g Plz
Cincinnati OH 45202


Produce Alliance Llc
Po Box 7762
Carol Stream IL 60197-7762

Psnh - Eversource
107 Selden St
Berlin CT 06037

Psnh - Eversource
Po Box 56003
Boston MA 02205-6003

Psnh - Eversource
Corporation Service Company
251 Little Falls Drive
Wilmington DE 19808

Public Svc Co Of New Hampshire
Eversource
Po Box 56003
Boston MA 02205-6003

Purchase Power
Po Box 371874
Pittsburgh PA 15250-7874

Racine, Mikayla
Address On File

Radio Solutions Inc
55 Accord Pk Dr
Norwell MA 02061

Radiology Associates Of Keene, Pc
Billing Office
2527 Cranberry Highway
Wareham MA 02571


Rathbun, Karen
199 Pond Brook Rd
West Chesterfield NH 03466


Rathbun, Karen
Address On File


Reed, Kamrin
Address On File


Reinhart Food Svc
Black River Produce
Po Box 489
North Springfield VT 05150


Relias Llc
1010 Sync St
Morrisville SC 27560


Resilient Buildings Group Inc
6 Dixon Ave Ste 200
Concord NH 03301

Resquip Llc
1630 N Eldon
Springfield MO 65803


Retirementhometv Corp
4604 Arden Dr
Fort Wayne IN 46804


Rev's Enterprises Llc
33 Prospect St
Swanzey NH 03446


Riendeau, Emmaline
Address On File


Rj Mase, Inc
1 Testa Pl
Norwalk CT 06854


Robbins, Denise
Address On File


Roberts, Erin
Address On File

Robinson, Brian
Address On File


Rod Thompson
331 W Surry Rd
Keene NH 03431


Rogers, Lorie
Address On File


Rondeau, Chris
6 Finch St
Keene NH 03431


Rondeau, Christopher James
Address On File


Rondeau, Dianne
6 Finch St
Keene NH 03431


Rose, Marlene
Address On File

Rowe, Peter
543 Washington St #12
Keene NH 03431


Rowe, Peter
Address On File


Royce, Mychaela
Address On File


Rsui/landmark
945 East Paces Ferry Rd Ne
Atlanta GA 30326


Russ Iii, Daniel
Address On File


Russ, Daniel
72 Mechanic St Apt B
Keene NH 03431


Russell, Ethan
Address On File

Russell, Jacob
Address On File


S And S Painting Inc
98 Forest Ave
Swanzey NH 03446


S U R Construction West Inc
51 Payne Rd
Winchester NH 03470


Saari, Jeanne
Address On File


Saf-gard Safety Shoe Co
Sr Max Llc
2701 Patterson St
Greensboro NC 27407


Safeguard Business Systems Inc
Brand Advantage Group
Po Box 645628
Cincinnati OH 45264-5628


Safety Environmental Control Inc
Po Box 382
Keene NH 03431

Salesforce
415 Mission St
Third Fl
San Francisco CA 94105


Salon Ps New Hampshire
55 Public Square Ste 1180
Cleveland OH 44113


Sammy 16
1078 Gorham Pond Rd
Dunbarton NH 03046


Saunders, Zachary
Address On File


Savings Bank Of Walpole
Po Box 517
Walpole NH 03608-0517


Savings Bank Of Walpolekeenenh
84 Marlboro St
Po Box 744
Keene NH 03431


Sayre, Walt
Address On File

Scanlon, Beth
Address On File


Schick, Linnea
Address On File


Schick, Logan
Address On File


Schindler Elevator Corp
20 Whippany Rd
Morristown NJ 07960


Schindler Elevator Corp
Coughlin Rainboth Murphy And Lown Pa
Kenneth Murphy
439 Middle St
Portsmouth NH 03801


Schindler Elevator Corp
The Macmillin Co
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550


Schindler Elevator Corp
Po Box 93050
Chicago IL 60673-3050

Schmitt, Jared
Address On File

Schmitt, Raquel D
323 Pond Rd
Surry NH 03431

Scott Hussey Photography
Po Box 961
43 Cypress St
Keene NH 03431

Scott, Michael
Address On File

Scriptclaim Systems Llc
Po Box 426
Wahoo NE 68066

Scroggins, Jessica
Address On File

Sct Engineering
189 Jordan Rd
Keene NH 03431

Securities And Exchange Commmission
Headquarters
100 F St Ne
Washington, DC 20549


Securities And Exchange Commmission
Boston Regional Office
Paul Levenson – Regional Director
33 Arch St 24th Fl
Boston MA 02110


Securshred
Po Box 2123
South Burlington VT 05403


Seidler, Emma
Address On File


Seimens
Siemens Industry Inc
Citibank (bldg Tech)
Po Box 2134
Carol Stream IL 60132-2134


Sellner, Karen
Address On File


Servicemaster Commercial Building Svc
Po Box 1131
160 Emerald St
Keene NH 03431

Sesac, Llc
Po Box 5246
New York NY 10008-5246


Shanahan Sound And Electronics Inc
489 Westford St
Lowell MA 01851


Shapiro, Samantha
Address On File


Shaprio, Gary
Trustee
Address On File


Sharps Compliance Inc
Po Box 679502
Dallas TX 75267-9502


Sheppard, Sara
Address On File


Sherpa Llc
3030 Locust St
St Louis MO 63103

Sherwin Williams Co
147 Key Rd
Keene NH 03431-3926


Siemens Fire Safety
Siemens Industry Inc
Citibank (bldg Tech)
Po Box 2134
Carol Stream IL 60132-2134


Siemens Fire Safety
Ed Statkiewicz
150 Royall St
Ste 201
Canton MA 02021


Silverbloom Consulting Llc
Jamie Spencer
1276 Monroe Ave
Wyomissing PA 19610


Silverstein-belden, Shanti
Address On File


Silverstone Properties Corp
12138 Central Ave
Ste 518
Mitchellville MD 20721


Simard, Lauren
Address On File

```
Simpson Gumpertz And Heger Inc
Po Box 843476
Boston MA 02284-3476




Single Digits Inc
Stephen A Singlar
Agent For Service Process
Bedford Farms Dr Ste 210
Bedford NH 03110


Single Digits Inc
Po Box 93363
Las Vegas NV 89193-3363




Skiffington, Leora
Address On File




Smart, John
Address On File




Smart, Philip
Address On File




Smith, Denise
Address On File
```

```
Smith, Elisha
Address On File
```

```
Smith, Peter
Address On File
```

```
Smith, Shawn
Address On File
```

```
Sonntag, Kevin
Address On File
```

```
Sos Of New Hampshire
William M Gardner
107 N Main St Rm 204
State House
Concord NH 03301
```

```
Spano, Penelope
Address On File
```

```
Specialized Medical Svc Inc
7237 Solution Ctr
Chicago IL 60677-7002
```

```
Spectrum Time Warner
Spectrum Business
275 E S George Blvd
St George UT 84770




Spectrum Time Warner
Po Box 70872
Charlotte NC 28272-0872




Spellman Brady And Co
8251 Maryland Ave
Ste 300
St. Louis MO 63105




Squires, Rachel
Address On File




St Peter, Lisa
Address On File




Staples Advantage
500 Staples Dr
Framingham MA 01702




State New Hampshire
New Hampshire Dept Of Employment Security
32 South Main St
Concord NH 03301-4857
```

```
State New Hampshire
Workers' Compensation Division
Dept Of Labor
95 Pleasant St
Concord NH 03301



State Of New Hampshire
Sales And Use Tax
109 Pleasant St
Concord NH 03301



State Of New Hampshire
Nh State Liquor Commission
Po Box 503
Concord NH 03302-2160



State Of New Hampshire
50 Storrs St
Concord NH 03302



State Of Nh - Criminal Records
33 Hazen Dr
Concord NH 03305



Sterling Studios Llc
7 Main St #7
Keene NH 03431



Stevens, Suzanne
5 Red Oak Dr
Keene NH 03431
```

Stone And Berg Co Inc
239 Mill St
Worcester MA 01602


Stone, Ethan
1513 South Main St
Athol MA 01331


Stone, Warren
Address On File


Stonewall Farm
242 Chesterfield Rd
Keene NH 03431


Stratton, Meagan
Address On File


Struthers, Kayla
Address On File


Suburban Propane
240 Rte 10 West
Po Box 206
Whippany NJ 07981-0206

```
Suburban Propane
Po Box 160
Whippany NJ 07981-0160
```

```
Suburban Propane L P
Po Box 160
Whippany NJ 07981-0160
```

```
Suburban Propane L P
Ct Corporation System
Corporation Trust Center
1209 Orange St
Wilmington DE 19801
```

```
Sullivan, Nancy
Address On File
```

```
Summers, Brittany
Address On File
```

```
Summers, Tracy
Address On File
```

```
Summers, Tyler
Address On File
```

Supplies On The Fly And Instawares
222 Chastain Meadows Ct
Kennesaw GA 30144


Supplyworks
Po Box 742480
Atlanta GA 30374-2480


Sve Associates
Po Box 1800
Brattleboro VT 05302


Swiger, Graham
Address On File


Swiger, Jay
Address On File


Sy, Jeanie
Trustee
Address On File


Syd's Carpet And Snooze Room
43 Saint James St
Keene NH 03431

Sysco Boston Llc
99 Spring St
Plympton MA 02367


Talley, Candace
Po Box 2156
Brattleboro VT 05303


Talley, Candace
Address On File


Target Corp
Target Gift Card Team
Mail Stop Ncb-01pu
Brooklyn Park MN 55445


Tarr, Lanise
Address On File


Taylor, Lauren
Address On File


Techs On Call
174 Emerald St
Keene NH 03431

```
Tecta America Corp
Dba Melanson Co
Po Box 523
Keene NH 03431




Temple, Kimball
Trustee
Address On File




The Colonial Theatre Group, Inc
95 Main St
Keene NH 03431




The Keene Sentinel
Po Box 546
Keene NH 03431-0546




The Macmillin Co
17 Elm St
Keene NH 03431




The Macmillin Co
Orr And Reno Pa
James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550




The Macmillin Co
Pillsbury Winthrop Shaw Pittman, Llp
Melissa Lesmes
1200 17th St Nw
Washington DC 20036
```

```
The Macmillin Co
Drohan, Hitt & Hadas Llc
Thomas B. Drohan
50 Federal Street
Boston MA 02110


The Macmillin Co
Dew Construction
The Macmillin Building
17 Elm Street
Keene NH 03431


The Magical History Tour
Arts Alive
15 Eagle Ct
Keene NH 03431


The Production House
100 Emerald St
Keene NH 03431


The Recorder
Po Box 1367
Greenfield MA 01302


The Richards Group
48 Harris Pl
Brattleboro VT 05301


Thibodeau, Mason
Address On File
```

Thibodeau, Owen
Address On File


Thompson, Nancy
331 West Surry Rd
Keene NH 03431


Thompson, Nancy
Trustee
Address On File


Thompson, Nancy
The Masiello Group
Address On File


Thulke, Peter
Address On File


Time Warner Cable
Po Box 70872
Charlotte NC 28272-0872


Tinker, Tara
Address On File

```
Tmi Trust Co
Barbara James
901 Summit Ave
Forth Worth TX 76102




Tomasko, Tauni
Address On File




Tork
Essity Professional Hygiene Na Llc
2929 Arch St
Philadelphia PA 19104




Touchtown Inc
931 Third St
Ste 100
Oakmont PA 15139




Townline Inc
1474 Nh-12a
Plainfield NH 03781




Treasurer State Of New Hampshire
Dept Of State
State House - Rm 204
Concord NH 03301




Tri-state Restoration Llc
80 Krif Rd Unit 1
Keene NH 03431
```

Tristate Acoustical Inc
Po Box 523
Keene NH 03431


Trombley, Kyle R
583 Burt Hill Rd
Winchester NH 03470


Trubiano, Rachael
Address On File


True North Networks Llc
15 Business Ctr Dr
Po Box 10067
Swanzey NH 03446


Trusted Media Brands Inc
Po Box 3061
Harlan IA 51593-0125


Tsomides Associates Llc
Echo Bridge Office Pk
389 Elliot St
Newton Upper Falls MA 02464


Tucker, Emily
Address On File

Tucker, Katherine
Address On File


Tucker, Warren
Address On File


Tuckers Power Equipment Center
61 Pinehurst Ave
Keene NH 03431


Turing Video
1730 South El Camino Real
Ste 35
San Mateo CA 94402


Twarog, Cheryl
Address On File


Umb Bank Na
Virginia A Housum
120 Sixth Street South
Ste 1400
Minneapolis MN 55403


Umb Bank Na
Attn:  Trust Fees Dept.
Po Box 414589
Kansas City MO 64141-4589

United Parcel Svc
Po Box 7247-0244
Philadelphia PA 19170-0001


United States Treasury
Internal Revenue Service
Ogden UT 84201-0039


University System Of New Hampshire
Keene State College
Office Of Continuing Education
229 Main St
Keene NH 03435


Us Attorney's Office
District Of Hampshire
John J Farley
53 Pleasant St 4th Fl
Concord NH 03301


Us Bank
Corporate Payment Systems
Po Box 790428
St. Louis MO 63179


Us Bank Corporate Trust Boston
Global Corporate Trust Svc
One Federal St Ex-ma-fed
Boston MA 02110


Us Cellular
Dept 02058410
West Bryn Mawr Ave Ste 700
Chicago IL 60631-3486

Us Cellular
Dept 0205
Palatine IL 60055-0205


Us Cellular
292 Route 101
Bedford NH 03110


Us Dept Of Justice
950 Pennsylvania Avenue Nw
Washington DC 20530-0001


Us Dept Of Labor
200 Constitution Ave Nw
Washington DC 20210


Us Dept Of Labor  Occupational Safety And
Health Admin Osha
Office Of Chief Counsel
200 Constitution Ave Nw
Washington DC 20210


Us Dept Of The Treasury
Internal Revenue Service
Ogden UT 84201-0005


Us Dept Of The Treasury
Internal Revenue Svc
Po Box 806532
Cincinnati OH 45280-6532

Us Environmental Protection Agency
Us Epa Reg 1  Diane Boudrot
5 Post Office Square
Ste 100 Mail Code 0es044
Boston MA 02109-3912


Us Equal Employment Opportunity Commission
Office Of Chief Counsel
131 M St Ne
Washington DC 20507


Us Foods
Po Box 3155
Boston MA 02241-3155


Us Foods
9399 W Higgins Rd
Ste 500
Rosemont IL 60018


Uscc Services, Llc
Us Cellular
Dept 0205
Palatine IL 60055-0205


Vancor, Kevin
Address On File


Vna At Hcs Inc
Hospice At Hcs
Po Box 564
Keene NH 03431

W B Mason Co Inc
Po Box 981101
Boston MA 02298-1101


Wadleigh Starr And Peters Pllc
95 Market St
Manchester NH 03101


Wakeel, Nicole
Address On File


Walker, Sharon Psyd
197 Water St
Keene NH 03431


Wall, Molly
Address On File


Wallace Building Products Corp
40 Wallace Ln
Danbury NH 03230


Wallace Building Products Corp
Bruce J Marshall Law Offices Pllc
Bruce Marshall
48 Grandview Rd Ste # 3
Bow NH 03304

```
Wallace Building Products Corp
The Macmillin Co
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550


Wallace Building Products Corp
Dew Construction And Associates Llc
14 Elm St
Keene NH 03431


Wallace Building Products Corp
Dew Construction And Associates Llc
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550


Wallace Building Products Corp
Dew Construction Corp
277 Blair Pk Rd
S130
Williston VT 05495


Wallace Building Products Corp
Dew Construction Corp
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550


Wallace Building Products Corp
Fidelity And Deposit Co Of Md
1299 Zurich Way
Schaumburg IL 60196


Wallace Building Products Corp
Fidelity And Deposit Co Of Md
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550
```

```
Warner, Jane
Trustee
Address On File




Waste Management Corporate Services, Inc
Po Box 13648
Philadelphia PA 19101-3646




Waste Management Corporate Svcs Inc
1001 Fannin St Suite 4000
Houston TX 77002




Waste Management Corporate Svcs Inc
Ct Corporation System
2 1/2 Beacon Street
Concord NH 03301




Waste Management Of New Hampshire, Inc
Po Box 13648
Philadelphia PA 19101-3648




Waste Management Of New Hampshire, Inc
26 Patriots Pl
Foxboro MA 02035




Wayne J Griffin Electric, Inc
116 Hopping Brook Rd
Holliston MA 01746
```

```
Wayne J Griffin Electric, Inc
Mclane Middleton Pa
Jeremy Walker & Ashley B Campbell
900 Elm St Po Box 326
Manchester NH 03105-0326


Wayne J Griffin Electric, Inc
The Macmillin Co
Orr And Reno Pa James Laboe
45 South Main St Po Box 3550
Concord NH 03302-3550


Webber, Macey
Address On File



Wellness Works Llc
Po Box 130
Williamsville VT 05362



Wells Fargo Equipment Finance Inc
Po Box 858178
Minneapolis MN 55485-8178



Wessel Distributing Co
255 Poocham Rd
West Chesterfield NH 03466



West, Barbara
Address On File
```

Westerman, Lily
Address On File


Whitham, Kaitlyn
50 Kimball Hill
Westminster NH 05158


Whitham, Kaitlyn
Address On File


Whitney, Abby
Address On File


Whitten, Jolynn
Hvk Executive Director
Address On File


Wilkes, Gracey
Address On File


Wilkes, Jody
Address On File

Willard, Dianne
Address On File


Willett, Brittany
Address On File


Willette, Johnny A
3 Pk St
N. Swanzey NH 03431


Wilson, Erika
Address On File


Wind River Environmental Llc
46 Lizotte Dr
Marlboro MA 01752


Winders, Brenda
Address On File


Wing, Aron
Address On File

Wipfli Llp
Po Box 3160
Milwaukee WI 53201-3160


Wipfli Llp
Kara Fontaine
43 Constitution Dr
Bedford NH 03110


Wre Svc (wind River)
46 Lizotte Dr
Marlboro MA 01752


Wright, Ann
Address On File


Wright, Colby
Address On File


Wright, Samuel
Address On File


Yankee Publishing, Inc
1121 Main St
Dublin NH 03444

```
Yellow Barn Inc
Po Box 507
Putney VT 05346




Zabko, Caleb
Address On File




Zerba, Paige
Address On File




Zoom Video Communications Inc
55 Almaden Blvd
6th Fl
San Jose CA 95113



Zurich
Four World Trade Ctr
150 Greenwich Street
New York NY 10007
```