Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

```
Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File
```

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

```
Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File
```

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File



Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File


Name And Address On File


Name And Address On File


Name And Address On File


Name And Address On File


Name And Address On File


Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File



```
Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File




Name And Address On File
```

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File

Name And Address On File