IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| The Prospect-Woodward Home, ) | Case No. 21-10523 (___) |
| ) | |
| Debtor.[1] ) | |
| ) | |

## VERIFICATION OF CREDITOR MAILING MATRIX

Pursuant to LBR 1007-2, Rule 1007(a)(3), the above-captioned debtor ("Hillside Village" or the "Debtor") certifies under penalty of perjury that the attached master mailing list of creditors, consisting of __131__ pages is complete, correct, and consistent with the debtor's schedules pursuant to the LBRs and assumes all responsibilities for errors and omissions.

Dated: August 30, 2021

_____
Toby Shea
Chief Restructuring Officer
The Prospect-Woodward Home

---

[1] The last four digits of the Debtor's federal taxpayer identification are 2146. The address of the Debtor's headquarters is 95 Wyman Road, Keene, New Hampshire 03431.