## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| The Prospect-Woodward Home, | ) | Case No. 21-10523-BAH |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER ON MOTION TO ADMIT STEPHEN J. ASTRINGER
### TO PRACTICE PRO HAC VICE

Upon consideration of the Motion to Admit Stephen J. Astringer to Practice Pro Hac Vice (the "Motion"); no further notice being necessary, and good cause having been shown; IT IS HEREBY ORDERED that:

1.    The Motion is GRANTED.

2.    Stephen J. Astringer is admitted to practice in this Court in the above-captioned case, and in any and all proceedings arising in, under or relating to the case.

3.    Attorney Astringer and local counsel are excused from the provision of LR 83.2(b) requiring local counsel to attend all proceedings before this Court in this case.

Date: August 31, 2021

/s/ Bruce A. Harwood
Hon. Bruce A. Harwood
United States Bankruptcy Judge

806013.1