**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| In re: | ) | CHAPTER 11 |
|     The Prospect-Woodward Home | ) | CASE No. 21-10523 |
|  | ) |  |
|     Debtor | ) |  |
|  | ) |  |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Frank P. Spinella, Jr. of WADLEIGH, STARR & PETERS, P.L.L.C. hereby appears for Creditor Denron Plumbing & HVAC, LLC, and request that all notices given or required to be given in this matter and all pleadings and other papers served in this matter be given to and served upon the undersigned at his office pursuant to the Bankruptcy Code, Bankruptcy Rules, and the local Bankruptcy Rules.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, Bankruptcy Rules, and the local Bankruptcy Rules, the foregoing demand includes all orders of notice, notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex, or otherwise which affects the Debtor or the property of the Debtor.

                                                                           Respectfully submitted,

Date:   August 31, 2021                          /s/ *Frank P. Spinella, Jr.*
                                                            Frank P. Spinella, Jr., BNH#01771
                                                             Wadleigh, Starr & Peters, PLLC
                                                             95 Market Street
                                                             Manchester, NH 03101
                                                             (603) 669-4140
                                                            fspinella@wadleighlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on this date, I served the foregoing Notice of Appearance and Request for Notice by causing it to be electronically served upon all parties filing an appearance in this matter.

|  |  |
|---|---|
| Date: August 31, 2021 | /s/ *Frank P. Spinella, Jr.*<br>Frank P. Spinella, Jr. |