## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

In re:                                                                                              Bk. No. 21–10523–BAH
                                                                                                    Chapter 11
The Prospect–Woodward Home
   Debtor

### ORDER STRIKING DOCUMENT NOT SIGNED BY COUNSEL

After review of the Application to Employ of Donlin, Recano & Company, Inc. as Claims and Noticing Agent filed by debtor The Prospect–Woodward Home (Doc. No. 28) (the "Document") and finding that it fails to comply with Local Bankruptcy Rule 5005–4 and Administrative Order 5005–4 in that the attorney filing the document did not sign it, it is hereby ORDERED:

1. The Document is hereby STRICKEN.

2. The Clerk shall remove the Document from the case docket.

3. Any hearing scheduled on the Document is canceled.

    ENTERED at Concord, New Hampshire.

Date: August 31, 2021                                                            /s/ Bruce A. Harwood
                                                                                 Bruce A. Harwood
                                                                                 Chief Bankruptcy Judge

Form ostrkdocnotsigned–836