**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Prospect-Woodward Home, | ) | Case No. 21-10523-BAH |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that undersigned counsel hereby withdraws the Ex Parte Application of the Debtor for Entry of an Ordering the Retention and Employment of Hinckley, Allen & Snyder LLP as Local and Special Counsel to the Debtor Nunc Pro Tunc to the Petition Date [Docket No. 55] as it was filed in error.

Respectfully submitted,

Date: September 2, 2021

/s/ *Jennifer V. Doran*
**HINCKLEY, ALLEN & SNYDER LLP**
Jennifer V. Doran, Esq.
28 State Street
Boston, MA 02109-1775
Telephone: (617) 345-9000
Facsimile: (617) 345-9020
jdoran@hinckleyallen.com

61266620 v1