# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 21-10523-BAH
Chapter 11

The Prospect-Woodward Home,
    Debtor

## ORDER OF THE COURT

Hearing Date: 09/02/2021 12:30 pm

| | |
|---|---|
| Nature of Proceeding: | **Doc# 12 Ex Parte Motion to Pay Certain Employee Compensation and Benefits and Maintenance and Continuation of Such Benefits and Other Employee-Related Programs Filed by Debtor The Prospect-Woodward Home.** |
| | **Doc# 15 Motion to Extend Deadline to File Schedules or Provide Required Information to October 13, 2021 Filed by Debtor The Prospect-Woodward Home** |
| | **Doc# 18 Motion /Emergency Ex Parte Motion of Debtor for Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, (II) Maintenance of Existing Bank Accounts, (III) Continued Use of Existing Business Forms, and (IV) Maintenance of Existing Deposit Practices Filed by Debtor The Prospect-Woodward Home.** |
| | **Doc# 21 Motion /Emergency Ex Parte Motion of Debtor for Entry of an Order Authorizing Debtor to Maintain Escrow Arrangements in the Ordinary Course and Refund Certain Resident Deposits Filed by Debtor The Prospect-Woodward Home** |
| | **Doc# 23 Motion /Emergency Ex Parte Motion of Debtor for Entry of an Order Authorizing Procedures to Maintain and Protect Confidential Resident Information Filed by Debtor The Prospect-Woodward Home.** |
| Outcome of Hearing: | The Debtor to submit revised proposed orders forthwith. |

IT IS SO ORDERED:

/s/ Bruce A. Harwood      Date: 09/02/2021
Bruce A. Harwood
Chief Judge