# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                     Bk. No. 21-10523-BAH
                                                                       Chapter 11

The Prospect-Woodward Home,
        Debtor

## ORDER OF THE COURT

Hearing Date: 09/02/2021 12:30 pm

Nature of Proceeding:       **Doc# 25 Amended Motion for Conditional Use of Cash Collateral Filed by Debtor The Prospect-Woodward Home.**

                                             **Doc# 38 Application to Employ of Donlin, Recano & Company as Claims and Noticing Agent Filed by Debtor The Prospect-Woodward Home.**

Outcome of Hearing:         The Debtor to submit revised proposed orders forthwith.

IT IS SO ORDERED:

<u>/s/ Bruce A. Harwood</u>      Date: 09/02/2021
Bruce A. Harwood
Chief Judge