# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                                   Bk. No. 21-10523-BAH
                                                                                          Chapter 11
The Prospect-Woodward Home
dba Hillside Village Keene,
        Debtor

## ORDER ESTABLISHING PROCEDURES FOR VIDEOCONFERENCE HEARINGS

    Unless otherwise ordered or directed by the Court, all hearings in this case shall be conducted by videoconference. The following procedures shall govern the conduct of hearings by videoconference.

I. GENERAL PROVISIONS

    A. <u>Hearing by Videoconference</u>. The hearings in this case shall take place remotely by way of videoconferencing technology ("Zoom"). No individuals, other than the presiding judge and court staff, will be permitted to participate in or observe hearings from the courtroom or in any other way not contemplated by this order.

    B. <u>Noticing Requirement</u>. Any party who issues a notice of hearing must:

        i. Contact Courtroom Deputy Taylor Boilard at Taylor_Boilard@nhb.uscourts.gov, in cases not being held on an omnibus hearing date, to obtain a hearing date and a deadline by which any party, intending to participate in or observe the videoconference hearing, must provide notice of their intent to do so to the Courtroom Deputy.

        ii. Include the following language in their notice of hearing:

        Notice is hereby given that a hearing on [*enter information*] is to be heard on [*date*] at [*time*] by videoconference. In accordance with the Court's Order Establishing Procedures for Videoconference Hearings, persons who intend to participate in or observe the hearing must notify the Court of their intent to participate no later than [*date/time*], by emailing notice to Courtroom Deputy Taylor Boilard at Taylor_Boilard@nhb.uscourts.gov. For each such participant, that notification must include:

            1. The participant's name and email address;

            2. A telephone number at which the participant can be reached during the hearing; and

       3. The role of the participant in the hearing.

  C. <u>Courtroom Formalities</u>.  Although hearings will be conducted by videoconference, all formalities of the courtroom must be observed in all respects.

  D. <u>The Record</u>.  No person may record or capture images during hearings from any location by any means.  The audio recording maintained by the Court will be the sole basis for the creation of a transcript, and such transcript shall constitute the official record of a hearing.

II. PROCEDURES REGARDING REMOTE PARTICIPATION AND OBSERVATION

  A. <u>Videoconference Participation</u>.  Any attorney or self-represented party who intends to participate in a hearing must attend the hearing by videoconference.

  B. <u>Participation by Parties and Attorneys</u>.  Any self-represented party, and any attorney representing a party, who intends to participate in a hearing by videoconference must notify the Court of their intent to participate no later than the date and time provided in the notice of hearing, by emailing notice to Courtroom Deputy Taylor Boilard at Taylor_Boilard@nhb.uscourts.gov.[1]  For each such participant, that notification must include:

    i. The participant's name and email address;

    ii. A telephone number at which the participant can be reached during the hearing; and

    iii. The role of the participant in the hearing.

  C. <u>Set up and Testing</u>.  All attorneys and self-represented parties who will participate in a hearing by videoconference must review the Participant Guide for Videoconference Proceedings available on the Court's website at https://www.nhb.uscourts.gov/ and undertake appropriate set up and testing of Zoom prior to a hearing.  Access information for any test sessions will be communicated to the participants by email at the appropriate time.

  D. <u>Required Equipment</u>.  For purposes of any test session and hearing, each videoconference participant must have simultaneous access to:

    i. A telephone;

---

[1] Any party or attorney who intends to observe, but not participate in, a hearing must contact the Courtroom Deputy for public access instructions in accordance with Part II, § F of this order.

    ii. A computer or tablet equipped with a camera that is capable of receiving and transmitting video and audio;

    iii. Internet browsing software that is adequate to facilitate the Zoom videoconference technology; and

    iv. An internet connection with bandwidth sufficient to support the participant's use of Zoom.

E. <u>Participant Access</u>. Prior to a hearing, the Courtroom Deputy will provide access information to appear by videoconference via email to each attorney and party who will participate in the hearing. Those who receive participant access information from the Court may not forward or otherwise share that information with any other person. All persons participating in a hearing by videoconference must join the proceeding at least fifteen minutes prior to the scheduled start of the hearing.

F. <u>Public Access</u>. Videoconference hearings are open to the public. Members of the public or the press who wish to observe a hearing are invited to do so. Any person wishing to observe, but not participate in, a hearing must contact Courtroom Deputy Taylor Boilard at Taylor_Boilard@nhb.uscourts.gov by the deadline provided in a notice of hearing for instructions. Please note that if a request to observe is not made timely, the Courtroom Deputy may not be able to respond.

G. <u>Recess</u>. If any of the participants in a hearing wish to communicate off the record, they shall openly request a recess for such purpose. If that request is granted, those participants may privately confer by telephone or in a Zoom breakout room, if available.

ENTERED at Concord, New Hampshire.

Date:  September 3, 2021                  <u>/s/ Bruce A. Harwood</u>
                                                Bruce A. Harwood
                                                Chief Bankruptcy Judge