# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                                                    Bk. No. 21-10523-BAH
                                                                                                          Chapter 11

The Prospect-Woodward Home
dba Hillside Village Keene,
        Debtor

## ORDER SCHEDULING CERTAIN OMNIBUS HEARING DATES AND GRANTING RELATED RELIEF

At a hearing on September 2, 2021, the Court indicated it would set omnibus hearing dates in this chapter 11 case. The Court will hold hearings in this chapter 11 case by videoconference on the dates set forth below. For any motion, application, or other matter set for hearing on an omnibus hearing date, the objection deadline will be one week prior to the hearing date, unless a different objection deadline is set by order of the Court.

| Hearing Date and Time | Objection Deadline | Deadline to Notify Court that Intend to Participate or Observe Videoconference Hearing[1] |
|---|---|---|
| September 24, 2021, at 10:00 a.m. | September 17, 2021 | September 17, 2021 |
| October 22, 2021, at 9:00 a.m. | October 15, 2021 | October 15, 2021 |

With respect to any matter scheduled for hearing on an omnibus hearing date, the requirement of Local Bankruptcy Rule 9073-1(a) that counsel contact the courtroom deputy to reserve a time prior to the submission of pleadings or moving papers is hereby suspended. In addition, the party seeking relief from the Court (whether as a movant, an applicant, or otherwise) at an omnibus hearing date is responsible for ensuring that adequate notice and

---

[1] See the Court's separate order dated September 3, 2021, for information regarding videoconference procedures.

opportunity for hearing is provided, consistent with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules.

Not less than forty-eight hours prior to the commencement of an omnibus hearing, Debtor's counsel must file an agenda identifying (i) the matters scheduled for hearing (including a reference to the docket number of each such matter); (ii) the objections to any of the matters scheduled for hearing; and (iii) the Debtor's expectations as to whether the matter is proceeding as scheduled or may be continued or adjourned to later date, and whether there is, or may be, a need for an evidentiary hearing with respect to a matter.

ENTERED at Concord, New Hampshire.

Date:   September 3, 2021           /s/ Bruce A. Harwood
                                    Bruce A. Harwood
                                    Chief Bankruptcy Judge