UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re: | Chapter 11 |
| THE PROSPECT-WOODWARD HOME | Case No.  21-10523-BAH |
| Debtor. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned enters its appearance on behalf of **UMB Bank, N.A. as Successor Bond Trustee to U.S. Bank National Association** an Interested Party in the above captioned matter.  Accordingly, you are requested to serve a copy of all notices and papers filed herein, including, but not limited to, notices required to be served under Rules 2002 and 9010 and the local Rules of the Bankruptcy Court upon the undersigned at the below address.

> Peter N. Tamposi
> The Tamposi Law Group, PC
> 159 Main St.
> Nashua, NH 03060
> Peter@thetamposilawgroup.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Code, the foregoing request includes not only notices and papers referred to in the above-mentioned rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise in this case.

Respectfully Submitted,

Dated: September 15, 2021

By: /s/ Peter N. Tamposi
The Tamposi Law Group, PC
159 Main St.
Nashua, NH 03060
(603) 204-5513
Peter@thetamposilawgroup.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this day the foregoing was served on all parties who have filed appearances and requests for notices with the Court's ECF system.

Dated: September 15, 2021                              /s/ Peter N. Tamposi