UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * *

In re:  Chapter 11

THE PROSPECT-WOODWARD HOME  Case No. 21-10523-BAH

      Debtor.

* * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    PLEASE TAKE NOTICE that the undersigned enters its appearance on behalf of **UMB Bank, N.A. as Successor Bond Trustee to U.S. Bank National Association** an Interested Party in the above captioned matter. Accordingly, you are requested to serve a copy of all notices and papers filed herein, including, but not limited to, notices required to be served under Rules 2002 and 9010 and the local Rules of the Bankruptcy Court upon the undersigned at the below address.

                                    Jason A. Manekas (NH Bar #11320)
                                    Bernkopf Goodman LLP
                                    2 Seaport Lane, 9th Floor
                                    Boston, MA 02210
                                    JManekas@bg-llp.com

    PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Code, the foregoing request includes not only notices and papers referred to in the above-mentioned rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise in this case.

                                    Respectfully Submitted,

Dated: <u>September 16, 2021</u>             By: <u>/s/ Jason A. Manekas</u>
                                              NH Bar #11320
                                              Bernkopf Goodman LLP
                                              2 Seaport Lane, 9th Floor
                                              Boston, MA 02210
                                              JManekas@bg-llp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this day the foregoing was served on all parties who have filed appearances and requests for notices with the Court's ECF system.

Dated: September 16, 2021                                                        /s/ Jason A. Manekas

940820 v1/3640/10561