## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| THE PROSPECT-WOODWARD HOME d/b/a HILLSIDE VILLAGE, | ) ) ) | Case No. 21-10523-BAH |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL NOTICES AND PLEADINGS

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of Seth M. Pasakarnis and the law firm of Hinckley, Allen & Snyder LLP, as counsel for The Prospect-Woodward Home d/b/a Hillside Village, a creditor. The undersigned requests that notices of all matters be served as follows:

>Seth M. Pasakarnis
>Hinckley, Allen & Snyder LLP
>650 Elm Street
>Manchester, NH 03101-2596
>Telephone: (603) 225-4334
>Facsimile: (603) 224-8350
>Email: spasakarnis@hinckleyallen.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the Debtors or the property of the Debtors filed by any party in the above-captioned case.

        THE PROSPECT-WOODWARD HOME
        D/B/A HILLSIDE VILLAGE

        By its attorneys,

        /s/ *Seth M. Pasakarnis*
        Seth M. Pasakarnis
        Bar No.: NH #07484
        Hinckley, Allen & Snyder LLP
        650 Elm Street
        Manchester, NH  03101-2596
        Telephone: (603) 225-4334
        Facsimile: (603) 224-8350
        Email: spasakarnis@hinckleyallen.com

Dated: September 16, 2021

## CERTIFICATE OF SERVICE

    I, Seth M. Pasakarnis, attorney for The Prospect-Woodward Home d/b/a Hillside Village, hereby certify that I have this 16th day of September 2021, served a copy on the following interested parties of the within Notice of Appearance and Request for Notice, by mailing a copy thereof, via ECF and/or first class mail, postage prepaid, to the parties on the ECF notice list.

        /s/ *Seth M. Pasakarnis*
        Seth M. Pasakarnis