# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:

The Prospect–Woodward Home
   Debtor

Bk. No. 21–10523–BAH
Chapter 11

---

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on September 2, 2021 was filed on September 16, 2021. The following deadlines apply:

The parties have until **September 23, 2021** to file with the court a Notice of Intent to Request Redaction of this transcript.

The deadline for filing a Request for Redaction is **October 7, 2021**.

If a Request for Redaction is filed, the redacted transcript is due **October 18, 2021**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **December 15, 2021** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (Cascade Hills Transcription, Inc., 5001 Woodland Hills Drive, Eagle, NE 68347, (503) 871–5566) or you may view the document on the public terminal at the Bankruptcy Court Clerk's Office.

Date: September 16, 2021

Bonnie L. McAlary
Clerk of Court
By: /s/ C. Craig
Deputy Clerk

Form transcript–830