# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Chapter 11 |
| The Prospect-Woodward Home dba Hillside Village, | Case No. 21-10523-BAH |
| Debtor.[1] | **Re: Docket No. 50** |

### SUPPLEMENTAL DECLARATION OF JAMIE SPENCER IN SUPPORT OF THE EX PARTE APPLICATION OF DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SILVERBLOOM CONSULTING, LLC TO PROVIDE CONSULTING SERVICES NUNC PRO TUNC TO THE PETITION DATE

I, Jamie Spencer, make this declaration ("Supplemental Declaration") pursuant to 28 U.S.C. § 1746 and state:

1. I am the President of SilverBloom Consulting ("SilverBloom). On September 1, 2021, the above-captioned debtor (the "Debtor") filed the *Ex Parte Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Silverbloom Consulting, LLC to Provide Consulting Services Nunc Pro Tunc to the Petition Date* [Docket No. 50] (the "Silverbloom Application"). Attached as **Exhibit B** to the SilverBloom Application was a declaration (the "Original Declaration") I submitted in connection with the SilverBloom Declaration.

2. This Supplemental Declaration is being submitted to update ¶ 8 of the Original Declaration. Prior to the Petition Date, SilverBloom received payments in the aggregate amount of $136,518.32. Of these payments, $95,474.83 was paid and applied to the aggregate fees and expenses for services provided to the Debtor in the ninety days prior to the Petition Date. The

---

[1] The last four digits of the Debtor's federal taxpayer identification are 2146. The address of the Debtor's headquarters is 95 Wyman Road, Keene, New Hampshire 03431.

79940475.1

balance of approximately $41,043.49 is being held as a postpetition retainer (the "Retainer") to be applied to postpetition fees and expenses rendered in the Chapter 11 Case.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

| | |
|---|---|
| Executed this 16th day of September, 2021 | */s/ Jamie Spencer* |
| Wyomissing, Pennsylvania | Jamie Spencer |