# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Prospect-Woodward Home dba Hillside Village, | ) ) ) | Case No. 21-10523-BAH |
| | ) | **Re: Docket No. 49** |
| Debtor.[1] | ) ) | |

## SUPPLEMENTAL DECLARATION OF JEREMY R. JOHNSON IN SUPPORT OF THE EX PARTE APPLICATION OF THE DEBTOR FOR ENTRY OF ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF POLSINELLI PC AS COUNSEL TO THE DEBTOR NUNC PRO TUNC TO THE PETITION DATE

I, Jeremy R. Johnson, Esq. make this declaration ("Supplemental Declaration") pursuant to 28 U.S.C. § 1746 and state:

1. I am a Shareholder based in the New York office of Polsinelli PC ("Polsinelli"), which maintains offices for the practice of law at 600 3rd Avenue, 42nd Floor, New York, New York 10016, among 19 other locations. I am an attorney-at-law, duly admitted and in good standing to practice in the State of New York, as well as the United States Court of Appeals for the Second Circuit, and the United States District Court for the Southern District of New York.

2. On September 1, 2021, the Debtor filed the *Ex Parte Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Polsinelli PC as Counsel to the Debtor Nunc Pro Tunc to the Petition Date* [Docket No. 49] (the "Polsinelli Application"). Attached to the Polsinelli Application as **Exhibit B** was a declaration (the "Original Declaration") I submitted in connection with the Polsinelli Application. Attached as **Exhibit 2** to the Original Declaration was a list of disclosures (the "Disclosures").

---

[1] The last four digits of the Debtor's federal taxpayer identification are 2146. The address of the Debtor's headquarters is 95 Wyman Road, Keene, New Hampshire 03431.

79939426.1

3. This Supplemental Declaration is being submitted to update the Disclosures. To that end, Polsinelli has determined that it has in the past represented, currently represents, and/or may in the future represent, in matters wholly unrelated to the Debtor, UMB Bank, N.A. ("UMB"). Polsinelli received an advance waiver from UMB and none of the attorneys involved in this Chapter 11 Case represent UMB on the unrelated matters.

4. Further, Polsinelli discloses that UMB, as a commercial bank, provides certain banking services to the firm from time to time (for example, acting as the administrator of the firm's high deductible healthcare plan).

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 16th day of September, 2021  /s/ *Jeremy R. Johnson*
New York, New York                                   Jeremy R. Johnson