# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:                                                          Bk. No. 21–10523–BAH
                                                                Chapter 11

The Prospect–Woodward Home
    Debtor

---

### NOTICE OF DISMISSAL
### (CONTINGENT)

On August 30, 2021, a Chapter 11 Voluntary Petition Non–Individual was filed in this case (Doc. No. 1). As required by Administrative Order 5005–4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005–4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **October 8, 2021.**

Date: September 24, 2021                                Bonnie L. McAlary
                                                       Clerk of Court
                                                       By: /s/ P. Ptak
                                                       Deputy Clerk

Form ntcdisdec–316