# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| The Prospect-Woodward Home ) | Case No. 21-10523-BAH |
| dba Hillside Village, ) | |
| ) | |
| Debtor.[1] ) | |
| ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 22, 2021 AT 9:00 A.M. (ET)

## ADJOURNED MATTERS

1. Motion of Jeremy L. Lory and Nancy S. Lory to Compel Debtor to Assume or Reject Executory Contract [Docket No. 248; Filed: 09/30/2021]

   Objection Deadline: October 15, 2021

   Related Documents:

   a) None.

   Responses Received:

   a) None.

   Status: The Debtor and movant have agreed to adjourn this matter to the sale hearing on November 8, 2021.

## MATTERS GOING FORWARD

2. Application for Entry of an Order Authorizing the Employment and Retention of Perkins Coie LLP as Lead Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to September 10, 2021 [Docket No. 249; Filed: 10/01/2021]

   Objection Deadline: October 15, 2021

   Related Documents:

   a) Notice of Hearing [Docket No. 251; Filed: 10/04/2021]

---

[1] The last four digits of the Debtor's federal taxpayer identification are 2146. The address of the Debtor's headquarters is 95 Wyman Road, Keene, New Hampshire 03431.

Responses Received:

    a)    None.

Status: This matter will go forward. The parties do not anticipate the need for an evidentiary hearing at this time.

3. Application for Entry of an Order Authorizing the Employment and Retention of McLane Middleton, Professional Association as Local Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to September 10, 2021 [Docket No. 250; Filed: 10/04/2021]

Objection Deadline: October 15, 2021

Related Documents:

    a)    Notice of Hearing [Docket No. 251; Filed: 10/04/2021]

    b)    Supplemental Declaration of Joseph A. Foster in Support of Application for Entry of an Order Authorizing the Employment and Retention of McLane Middleton, Professional Association as Local Counsel to the Official Committee of Unsecured Creditors [Docket No. 260; Filed: 10/08/2021]

Responses Received:

    a)    None.

Status: This matter will go forward. The parties do not anticipate the need for an evidentiary hearing at this time.

**PLEASE TAKE FURTHER NOTICE** that all pleadings filed in the chapter 11 case are available for free at https://www.donlinrecano.com/hvk.

Dated: October 20, 2021

*/s/    Stephen J. Astringer*
**HINCKLEY, ALLEN & SNYDER LLP**
Daniel M. Deschenes (Bar No. 14889)
Owen R. Graham (Bar No. 266701)
650 Elm Street
Manchester, New Hampshire 03101
Telephone: (603) 225-4334
Facsimile: (603) 224-8350
ddeschenes@hinckleyallen.com

-and-

Jennifer V. Doran (Admitted *Pro Hac Vice*)
28 State Street
Boston, Massachusetts 02109
Telephone: (617) 345-9000
Facsimile: (617) 345-9020
jdoran@hinckleyallen.com

-and-

**POLSINELLI PC**
Jeremy R. Johnson (Admitted *Pro Hac Vice*)
Stephen J. Astringer (Admitted *Pro Hac Vice*)
600 Third Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com
sastringer@polsinelli.com

*Counsel to the Debtor and Debtor in Possession*